UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV2290 (MRK) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 32 MEDLEY LANE, | : | |
| BRANFORD, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | March 30, 2004 |
| | : | |
| [CLAIMANTS: HAROLD E. VON HOFE, | : | |
| AND KATHLEEN M. VON HOFE] | : | |

REQUEST TO ENTER DEFAULT AGAINST
HAROLD E. VON HOFE AND KATHLEEN M. VON HOFE

To:  Clerk of the Court

Plaintiff, the United States of America, hereby requests that you enter a default pursuant to Rule 55(a) of the Federal Rules of Civil Procedure against Harold E. von Hofe and Kahtleen M. von Hofe and all other persons for failure to file an answer or otherwise defend as provided for in Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
FEDERAL BAR # ct23398

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Request to enter Default against Harold E. von Hofe and Kahtleen M. von Hofe has been mailed, postage prepaid, this 30th day of March, 2004, to:

James F. Cirillo, Jr., Esq.
500 E. Main Street
Suite 326
Branford, CT  06405

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT  06511

                                      JULIE G. TURBERT
                                      ASSISTANT U.S. ATTORNEY
                                      P.O. BOX 1824
                                      NEW HAVEN, CT  06508
                                      (203) 821-3700
                                      FEDERAL BAR # ct23398