UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V.                              Case Number:  3:01cv2290 MRK

ONE PARCEL OF PROPERTY
LOCATED AT 32 MEDLEY LANE,
BRANFORD, CONNECTICUT,
WITH ALL APPURTENANCES AND
IMPROVEMENTS THERON, AND

[CLAIMANTS: HAROLD E. VON HOFE,
AND KATHLEEN M. VON HOFE]

Order: Doc. #14

Default as to claimants entered pursuant to Rule 55(a) FRCP. A Motion for Default Judgment pursuant to FRCP 55(b) shall be filed within 30 days or this action will be dismissed by the Clerk pursuant to Rule 41(b) FRCP.

Dated at New Haven, Connecticut, April 1, 2004.

KEVIN F. ROWE, CLERK

By: /s/ Kenneth R. Ghilardi
    Kenneth R. Ghilardi
    Deputy Clerk