UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:01 cv 2290 (MRK) |
| VS. | |
| ONE PARCEL OF PROPERTY LOCATED AT 32 MEDLEY LANE, BRANFORD, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, AND | |
| (CLAIMANTS: HAROLD E. VON HOFE, AND KATHLEEN M. VON HOFE) | APRIL 20, 2004 |

## MOTION TO REOPEN DEFAULT

The Defendant, Kathleen Von Hofe moves that the default entered pursuant to 55(a) of the Federal Rules of Civil Procedure be reopened and set aside.

The attorney for the Plaintiff has no objection to this motion.

THE DEFENDANT, KATHLEEN M. VON HOFE

BY_____
JONATHAN J. EINHORN, Esq.
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
(203) 777-3777/ct 00163

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was mailed postage prepaid to:

Julie G. Turbert, Esq.
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508

James Cirillo, Esq.
388 Orange Street
New Haven, CT 06511

_____
JONATHAN J. EINHORN