UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:01CV2290 (MRK) |
| VS. | |
| ONE PARCEL OF PROPERTY<br>LOCATED AT 32 MEDLEY LANE,<br>BRANFORD, CONNECTICUT,<br>WITH ALL APPURTENANCES AND<br>IMPROVEMENTS THEREON, AND | |
| (CLAIMANTS: HAROLD E. VON HOFE,<br>AND KATHLEEN M. VON HOFE) | APRIL 20, 2004 |

## **A F F I D A V I T**

The undersigned being duly sworn, does depose and say:

1. That he is over the age of 21 years and believes in the obligation of an oath;

2. That he represents Kathleen Von Hofe in this matter.

3. That an answer was not filed as required by the Rules in that counsel was occupied in various pending federal matters.

4. This dismissal was entered solely through the inadvertence of counsel.

5. If this dismissal is reopened, an answer will be filed, and it will be diligently defended.

_____
JONATHAN J. EINHORN

Subscribed and sworn to before me this 21st day of April, 2004.

_____
GAIL BERG
NOTARY PUBLIC