UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

APR 28  2 12 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN

| | |
|---|---|
| UNITED STATES OF AMERICA | :    NO. 3:01CV2290(MRK) |
| vs. | |
| ONE PARCEL OF PROPERTY<br>LOCATED AT 32 MEDLEY LANE,<br>BRANFORD, CONNECTICUT<br>WITH ALL APPURTENANCES AND<br>IMPROVEMENTS THEREON, AND | |
| (CLAIMANTS: HAROLD E. VON HOFE AND<br>KATHLEEN M. VON HOFE )   :   APRIL 22, 2004 | |

**MOTION TO REOPEN DEFAULT**

The Defendant Harold Von Hofe moves that the default entered pursuant to 55(a) of the Federal Rules of Civil Procedure be reopened and set aside.

The attorney for the plaintiff has no objection to this motion.

THE DEFENDANT
HAROLD E. VON HOFE

BY _____
James F. Cirillo, Jr., Esq.
388 Orange Street
New Haven, CT 06511
District Court Bar No. CT 05721
Telephone: (203) 787-9176

## **CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was mailed postage pre-paid to:

Julie G. Turbert, Esq.
Assistance U.S. Attorney
PO Box 1824
New Haven, CT 06508

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

_____
James F. Cirillo, Jr., Esq.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :  NO. 3:01CV2290(MRK) |
| vs. | |
| **ONE PARCEL OF PROPERTY**<br>**LOCATED AT 32 MEDLEY LANE,**<br>**BRANFORD, CONNECTICUT**<br>**WITH ALL APPURTENANCES AND**<br>**IMPROVEMENTS THEREON, AND** | |
| **(CLAIMANTS: HAROLD E. VON HOFE AND**<br>**KATHLEEN M. VON HOFE )** | :  APRIL 22, 2004 |

### AFFIDAVIT

The undersigned being duly sworn, does depose and say:

1. That he is over the age of 21 years and believes in the obligation of an oath;

2. That he represents Harold Von Hofe in this matter;

3. That an answer was not filed as required by the Rules in that counsel was occupied in various pending state litigation matters;

4. This dismissal was entered solely through the inadvertence of counsel;

5. if this dismissal is reopened, an answer will be filed, and it will be diligently defended.

James F. Cirillo, Jr.

Subscribed and sown to before me this 26th day of April, 2004.

Notary Public/
~~Commissioner of the Superior~~ Court

TOM E. BRYNE
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2008