**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| **UNITED STATES OF AMERICA** | 3:01CV2290(JCH) |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| 32 Medley Lane, Branford, Connecticut | Writ of Entry |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Harold von Hofe

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

32 Medley Lane, Branford, Connecticut

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Julie Turbert
United States Attorney's Office
P.O. Box 1824
New Haven, CT 06508

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Signature of Attorney or other Originator requesting service on behalf of :  ☒ PLAINTIFF  ☐ DEFENDANT

Julie Turbert

TELEPHONE NUMBER: (203) 821-3700

DATE: 3/26/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)

| Total Process No. 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk | Date 3/26/04 |
|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 15 APRIL 04   Time: 13:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | 6.66 | — | 51.66 | — | 51.66 | |

REMARKS: I UCSM TVCMALE CERTIFY THAT I PERSONALLY SERVED A WRIT OF ENTRY ON MR. HAROLD VON HOFE ON THE TIME, DATE & LOCATION INDICATED ABOVE.

PRIOR EDITIONS MAY BE USED

SEND ORIGINAL + 2 COPIES to USMS.

FORM USM 285 (Rev. 12/15/80)

1. CLERK OF COURT  2. USMS Record  3. Notice of Service  4. Billing Statement  5. Acknowledgment of Receipt