UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | NO.   3:01cv2290 (MRK) |
| v. | : | |
| ONE PARCEL OF PROPERTY LOCATED AT 32 MEDLEY LANE, BRANFORD, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | : | |
| Defendant. | : | |
| [CLAIMANTS: HAROLD E. VON HOFE AND KATHLEEN M. VON HOFE] | : | |

## ORDER

The Motions to Reopen Default by Defendant Kathleen Von Hofe [doc. #17] and Defendant Harold Von Hofe [doc. #20] are GRANTED for good cause shown and absent objection by Plaintiff. Defendants will file their answers to the complaint by **May 24, 2004.**

.

IT IS SO ORDERED.

/s/        Mark R. Kravitz

U.S.D.J.

Dated at New Haven, Connecticut: May 4, 2004