**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**UNITED STATES OF AMERICA,**

     **Plaintiff**

**vs:**                                **CIVIL NO. 3:02 CV2290 (MRK)**

**ONE PARCEL OF PROPERTY**
**LOCATED AT 32 MEDLEY LANE,**
**BRANFORD, CONNECTICUT,**
**WITH ALL APPURTENANCES AND**
**IMPROVEMENTS THEREON, AND**

     **Defendant**                       **JULY 21, 2004**

**[CLAIMANTS:  HAROLD E. VON HOFE,**
**AND KATHLEEN J. VON HOFE]**

**ANSWER TO VERIFIED COMPLAINT OF**
**KATHLEEN M. VAN HOFE**

    Now comes the defendant, Kathleen M. Van Hofe, by and through her attorney, Jonathan J. Einhorn, of New Haven, Connecticut, who respectfully answers the plaintiff's verified complaint, as follows:

**ANSWER:**

    1.  Paragraphs 1, 2, 3, 4, 5, 6, 7, 9, 26, 35, 36, 37,  and 38 are admitted.

    2.  Paragraphs 8, 33, and 39 are denied.

**FIRST SPECIAL DEFENSE:**

    The defendant, Kathleen M. Van Hofe, who is the owner of an undivided

one-half interest of the premises denies any knowledge of any criminal activities at 32

Medley Lane, Branford, Connecticut.

**SECOND SPECIAL DEFENSE**

This court of equity should not allow this defendant's one-half interest in the premises to be forfeited due to the criminal conduct of the other owner of the premises.

THE DEFENDANT


By:_____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CT  06511
Fed. Bar No. CT 00163
PHONE:  203-777-3777


**CERTIFICATION**

This is to certify that a copy of the foregoing pleading was this date mailed, postage prepaid, to the following counsel and parties of record:

David X. Sullivan
Asst. U. S. Attorney
P. O. Box 1824
New Haven, CT  06598


_____
JONATHAN J. EINHORN, ESQ.