UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**  :  NO. 3:01CV2290(MRK)

vs.

**ONE PARCEL OF PROPERTY
LOCATED AT 32 MEDLEY LANE,
BRANFORD, CONNECTICUT
WITH ALL APPURTENANCES AND
IMPROVEMENTS THEREON, AND**

**(CLAIMANTS: HAROLD E. VON HOFE AND
KATHLEEN M. VON HOFE )**  :  JULY 21, 2004

## ANSWER TO THE VERIFIED COMPLAINT OF HAROLD E. VON HOFE

Now comes the defendant, Harold E. Von Hofe, by and through his attorney, James F. Cirillo, Jr., of New Haven, Connecticut, who respectfully answers the plaintiff's verified complaint, as follows:

**ANSWER:**

1. Paragraphs 1, 2, 3, 4, 5, 6, 7, 9, 26, 35, 36, 37 and 38 are admitted.

2. Paragraphs 8, 33 and 39 are denied.

**SPECIAL DEFENSE:**

The plaintiff fails to state a claim against this defendant upon which relief can be granted.

THE DEFENDANT
HAROLD E. VON HOFE

BY _____
James F. Cirillo, Jr., Esq.
388 Orange Street
New Haven, CT 06511
District Court Bar No. CT 05721
Telephone: (203) 787-9176

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was mailed postage pre-paid to:

David X. Sullivan
Assistant U.S. Attorney
PO Box 1824
New Haven, CT 06508

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

_____
James F. Cirillo, Jr., Esq.