UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**NOTICE OF STATUS CONFERENCE**

The Court has scheduled a telephonic status conference in this case. Counsel for all parties are required to participate in the telephonic conference call, which shall be initiated by counsel for the plaintiff. Chambers should be called at 203-773-2022 once all counsel are on the line.

Continuances will be considered only for good cause clearly shown. Any counsel requesting a continuance must consult with counsel for all other parties before making the request and must provide the Court with a list of alternative dates and/or times when counsel for all parties can attend.

Prior to the Conference, counsel are ordered to confer substantively regarding settlement. Counsel should be prepared to certify to the Court at the status conference that they have discussed settlement in good faith prior to the conference.

At the Conference, counsel shall be prepared to report on the following:

(a) the status of the case, identifying any pending motions, and any circumstances potentially affecting the parties' compliance with the scheduling order;

(b) the status of settlement discussions, including possible reference for settlement purposes to a United States Magistrate Judge or to the District's Special Masters program;

(c) whether the parties will consent to a trial before a Magistrate Judge;

(d) when the case will be ready for trial and the estimated length of trial.

Until further order of the Court, the parties must comply with any Scheduling Order or Order of Reference previously entered in the case. If a Scheduling Order has not yet entered, the parties should comply with the District of Connecticut's Order on Pretrial Deadlines. Finally, until further order of the Court, the parties should comply with the instructions set forth in any Pretrial Order or Trial Memorandum Order that was previously issued in the case.

**By Order of the Court**

**Mark R. Kravitz**
**United States District Judge**