UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 OCT 27 P 3: 48
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA

    Plaintiff

VS:

ONE PARCEL OF PROPERTY
LOCATED AT 32 MEDLEY LANE,
BRANFORD, CONNECTICUT,
WITH ALL APPURTENANCES AND
IMPROVEMENTS THEREON, AND

    Defendant

[CLAIMANTS: HAROLD E. VON HOFE
AND KATHLEEN J. VON HOFE]

CIVIL NO. 3:02 CV2290 (MRK)

OCTOBER 25, 2004

### DEMAND FOR JURY TRIAL

Pursuant to Rule 38(b) of the Fed.R. Civ. Pro., the defendant, Kathleen Van Hofe, demands a trial by jury.

All parties waive the delay in this claim and that it was not filed in a timely fashion, as provided by said rule.

THE DEFENDANT, KATHLEEN VON HOFE

By:_____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CT 06511
FED. BAR NO. CT 00163
PHONE: 203-777-3777

## CERTIFICATION

This is to certify that a copy of the foregoing pleading was this date mailed, postage prepaid, to the following counsel and parties of record:

Attorney James Cirillo, Jr.
500 E. Main Street
Branford, CT 06505

David X. Sillivan
Asst. U.S. Attorney
P. O. Box 1824
New Haven, CT 06598

JONATHAN J. EINHORN, ESQ.

Sullivan
US Attorney
Cirillo