UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA                    CIVIL NO. 3:02 CV2290 (MRK)

    Plaintiff

VS:

ONE PARCEL OF PROPERTY
LOCATED AT 32 MEDLEY LANE,
BRANFORD, CONNECTICUT, WITH
ALL APPURTENANCES AND
IMPROVEMENTS THERETO, AND

    Defendant                               OCTOBER 29, 2004

[CLAIMANTS: HAROLD E. VON HOFE
And KATHLEEN J. VON HOFE]

## DEMAND FOR JURY TRIAL

    Pursuant to Rule 38(b) of the Fed. R. Civ. Proc., the defendant, HAROLD E.

VONHOFE, demands a jury trial.

    All parties waive the delay in this claim and that it was not filed in a timely

fashion, as provided by said rule.

                    THE DEFENDANT, HAROLD E. VON HOFE

By: _____
             James F. Cirillo, Jr., Esq.
             500 East Main Street, Suite 208
             Branford, CT 06405
             Telephone: (203) 488-9828
             Fed. Bar No.: CT05721

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed this 29th day of October, 2004 to the following counsel of record:

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

David X. Sullivan, Esq.
Asst. U.S. Attorney
P.O. Box 1824
New Haven, CT 06598

James F. Cirillo, Jr., Esq.