UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV2290 (MRK) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 32 MEDLEY LANE, | : | |
| BRANFORD, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | January 14, 2005 |
| | : | |
| [CLAIMANTS: HAROLD E. VON HOFE, | : | |
| AND KATHLEEN M. VON HOFE] | : | |

## JOINT TRIAL MEMORANDA

**TRIAL COUNSEL**

| | | |
|---|---|---|
| Plaintiff: | David X. Sullivan<br>Assistant U.S. Attorney<br>157 Church Street<br>P.O. Box 1824<br>New Haven, CT 06508<br>(203) 821-3700 | (United States of America) |
| Claimants: | James F. Cirillo, Jr., Esq.<br>500 E. Main Street<br>Suite 326<br>Branford, CT 06405<br>(203) 488-9828 | (Harold von Hofe) |
| | Jonathan J. Einhorn, Esq.<br>412 Orange Street<br>New Haven, CT 06511<br>(203) 777-3777 | (Kathleen von Hofe) |

**JURISDICTION**

28 U.S.C. §§1345 and 1355

**LENGTH OF TRIAL**

The parties anticipate approximately three-to-four trial days will be necessary.

**FURTHER PROCEEDINGS**

Aside from the Pre-trial Conference scheduled for January 26, 2005, the parties do not anticipate the necessity of any further proceedings prior to trial.

**NATURE OF CASE**

    A.    **Government's Contentions**

This is a civil action in rem brought to enforce the provision of 21 U.S.C. § 881(a)(7) for the forfeiture of real property which was used or intended to be used in some manner or part to commit or to facilitate the commission of a violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq., punishable by more than one year's imprisonment.

On December 4, 2001, at approximately 10:00 a.m., members of the Branford Police Department and Special Agents of the Drug Enforcement Administration executed a state search and seizure warrant at the residence of Harold and Kathleen von Hofe located at 32 Medley Lane, Branford ("Defendant Property").  Among the items seized pursuant to the warrant were: a total of sixty-five (65) marijuana plants found in two rooms in the basement, two (2) Hydra farm lights and a thermometer located in both of the basement grow rooms; one (1) Tanita model 1479 digital scale with marijuana residue and one (1) green sealed jar with marijuana buds located in plain view in another room in the basement; two (2) cardboard boxes containing cut marijuana located in the hallway outside one of the basement grow rooms; two (2) cardboard boxes containing marijuana residue located in the hallway outside one of the basement grow rooms; a homemade drying compartment containing hanging strings with marijuana residue located outside one of the basement grow rooms; two (2) brown paper bags containing "shake," (which is the discarded portion of marijuana plants) located in the basement grow rooms and hallway in the basement; marijuana smoking pipes, seeds and other marijuana paraphernalia and three (3) empty Ketamine 100 mg bottles located in another room in the basement; miscellaneous potting materials and grow formulas; one (1) large trash can containing potting soil located in the basement; and a book entitled "Indoor Marijuana Horticulture" discovered in the hallway near one of the grow rooms in the basement.

    B.    **Claimants' Contentions**

As a special defense to the Verified Complaint of Forfeiture, the Claimant, Kathleen von Hofe, denies any knowledge of criminal activity at the Defendant Property.  In his Answer to the

Verified Complaint of Forfeiture, the Claimant, Harold von Hofe, asserts as a special defense that the plaintiff, United States, has failed to state a claim upon which relief can be granted.

**TRIAL BY MAGISTRATE JUDGE**

The parties have not agreed to a trial before a Magistrate Judge.

**EVIDENCE**

    **Government Witnesses**[1]

1. Detective Duncan Ayr
   33 Laurel Street
   Branford, CT 06405

   Detective Ayr will testify as to the investigation and subsequent execution of a search warrant at the Defendant Property on December 4, 2001.

2. Detective Kevin Potter (ret.)
   33 Laurel Street
   Branford, CT 06405

   Detective Potter will testify as to his role in the execution of the search warrant at the Defendant Property on December 4, 2001.

3. Detective Paul Perrotti
   33 Laurel Street
   Branford, CT 06405

   Detective Perrotti will testify as to his role in the execution of the search warrant at the Defendant Property on December 4, 2001.

4. Detective Daniel Travisano
   33 Laurel Street
   Branford, CT 06405

   Detective Travisano will testify as to his role in the execution of the search warrant at the Defendant Property on December 4, 2001.

---

[1] The Government witness list represents those individuals the Government may call during it's case-in-chief to meet it's burden by a preponderance of the evidence that the Defendant property was used, or intended to be used, in any manner or part to commit or facilitate the commission of, a narcotics violation punishable by more than one year. The Government reserves the right to call additional witnesses to rebut any evidence presented by the Claimants in presenting an innocent owner defense at trial.

5. Drug Enforcement Administration Special Agent Jon Rubinstein
   55 Church Street,
   New Haven, CT 06510

   Special Agent Rubinstein will testify as to his role in the execution of the search warrant at the Defendant Property on December 4, 2001.

6. Drug Enforcement Administration Special Agent LaVerne Hibbert
   55 Church Street,
   New Haven, CT 06510

   Special Agent Hibbert will testify as to her role in the execution of the search warrant at the Defendant Property on December 4, 2001.

7. Drug Enforcement Administration, Resident Agent in Charge Michael Wardrop
   55 Church Street,
   New Haven, CT 06510

   Special Agent Wardrop will testify as to his role in this investigation and as to the intricacies of indoor marijuana cultivation, the equipment used, the grow cycles, and marijuana plant yield with respect to personal and distribution quantities.

8. State of Connecticut Department of Public Safety, Scientific Services, Mark Anderson
   10 Clinton Street Hartford, CT.  06106

   Chemist Mark Anderson will testify as to the toxicology reports finding that the 65 plants and plant-like material discovered at the Defendant property on December 4, 2001, was marijuana.

9. Harold von Hofe
   32 Medley Lane, Branford, CT

   Harold von Hofe will testify as to drug activity at the Defendant property.

10. Kathleen von Hofe
    32 Medley Lane, Branford, CT

    Kathleen von Hofe will testify as to drug activity at the Defendant property.

11. Alaric von Hofe
    32 Medley Lane, Branford, CT

    Alaric von Hofe will testify as to drug activity at the Defendant property.

12.     Morgan von Hofe
    32 Medley Lane, Branford, CT

    Morgan von Hofe will testify as to drug activity at the Defendant property.

13.     Edward Huneycutt
    Robinson Correctional Institute
    Enfield, CT

    Edward Huneycutt will testify as to drug activity at the Defendant property.

14.     Rogelio Maldonado
    1182 North High Street, East Haven, CT

    Rogelio Maldonado will testify as to drug activity at the Defendant property.

15.     Confidential Informant Number One[2] ("CI-1")

    CI-1 may testify as to drug activity at the Defendant property.

**Government Exhibits**

Inventory of items seized at Defendant property on December 4, 2001.

Forty-five (45) still photographs of Defendant property and items seized on December 4, 2001.

Northeast Utilities records of kilowatt and billing hours of Defendant property and other houses in the same neighborhood.

Graph Analysis of kilowatt hours for defendant property and other houses in the same neighborhood (May 1999-April 2001) prepared by the DEA.

Video tape of defendant property immediately prior to the execution of the search warrant on December 4, 2001.

Syringes located on first floor.

Syringes located in basement.

Empty ketamine vials located in basement.

---

[2] Identity and address of CI-1 unknown to the undersigned Assistant United States Attorney at this time. If, and when, this information is provided to the undersigned AUSA, the Government witness list will be amended.

Two (2) empty inoketan (ketamine) vials located in Morgan von Hofe's bedroom.

Digital scale located in the basement.

Five (5) vials of white residue located in Alaric von Hofe's bedroom, on a table.

One (1) article "There's More Money in Illegal Drug Trafficking Than Any Other Business On Earth" in Alaric von Hofe's bedroom.

One (1) jar with marijuana buds therein, located in basement.

Certified Convictions of Harold von Hofe and Kathleen von Hofe.

One (1) plastic package of marijuana seeds in basement.

One (1) plastic baggie with green plant residue in Alaric von Hofe's bedroom.

Numerous smoking pipes with residue located in Alaric von Hofe's bedroom, and in the basement.

"My Star Ruby," A Personal Tribute to Aleister Crowley, written by Harold von Hofe.

"DIVINE PNEUMATA," Seven complete Hermetic Planetary Rituals reconstructed from the Practices of the Sabian of Harran, written by Hal von Hofe.

"Fuck Emblems & Mode of Use" written by Halmeister Crowley.

Photographs from Harold von Hofe's website depicting the Defendant property and the Claimant, Kathleen von Hofe.

### Claimants' Witness List

1. Harold von Hofe
   32 Medley Lane, Branford, CT

2. Kathleen von Hofe
   32 Medley Lane, Branford, CT

3. Alaric von Hofe
   32 Medley Lane, Branford, CT

4. Morgan von Hofe
   32 Medley Lane, Branford, CT

**Claimants' Exhibit List**

1. Kathleen von Hofe, misdemeanor conviction

**STIPULATIONS OF LAW**

1. It is a violation of federal law to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance punishable by more than one year of imprisonment in violation of 21 U.S.C. §841.

2. Marijuana is a controlled substance as referenced in 21 U.S.C. §841.

3. As of December 4, 2001, Harold von Hofe and Kathleen von Hofe were the sole owners of the defendant property, 32 Medley Lane, Branford, Connecticut.

**STIPULATIONS OF FACT**

1. The 65 plants discovered at the Defendant property on December 4, 2001, were marijuana plants.

2. The green plant-like material located in jar in the basement of the defendant property on December 4, 2001, was marijuana.

3. The plant-like residue on the digital scale located in basement of the defendant property on December 4, 2001, was marijuana.

4. The single family dwelling at 32 Medley Lane is located on .52 (approximately ½) of an acre.

5. The dwelling at 32 Medley Lane is a ranch house.

6. The first floor living area of the Defendant property has a total of six rooms of which three are bedrooms with 1 and ½ bathrooms.

7. The first floor living area of the Defendant property consists of 1,428 square feet.

8. The basement living area of the Defendant property has a total of four rooms, one of which is the master bedroom with a bathroom.

9. The parties stipulate to the authenticity of utilities records subpoenaed by law enforcement in connection with this case.

10. The parties stipulate as to authenticity of forty-five still photographs of the defendant property taken by law enforcement.

11. The parties stipulate as to the authenticity of the video tape of the defendant property taken by law enforcement.

12. The parties stipulate as to the chain of custody regarding the following items seized by law enforcement from the Defendant property on December 4, 2001: sixty-five (65) marijuana plants found in two rooms in the basement, two (2) Hydra farm lights and a thermometer located in both of the basement grow rooms; one (1) Tanita model 1479 digital scale with marijuana residue and one (1) green sealed jar with marijuana buds located in plain view in another room in the basement; two (2) cardboard boxes containing cut marijuana located in the hallway outside one of the basement grow rooms; two (2) cardboard boxes containing marijuana residue located in the hallway outside one of the basement grow rooms; a homemade drying compartment containing hanging strings with marijuana residue located outside one of the basement grow rooms; two (2) brown paper bags containing "shake," (which is the discarded portion of marijuana plants) located in the basement grow rooms and hallway in the basement; marijuana smoking pipes, seeds and other marijuana paraphernalia and three (3) empty Ketamine 100 mg bottles located in another room in the basement; miscellaneous potting materials and grow formulas; and, one (1) large trash can containing potting soil located in the basement.

1. **Proposed Voir Dire Questions**

The Government's Proposed Voir Dire Questions are attached hereto as a separate document. Claimants will file their Proposed Voir Questions independently.

2. **Proposed Jury Instructions**

The parties' Proposed Jury Instructions are attached hereto as a separate document. The Claimants have not yet drafted Proposed Jury Instructions.

3. **Proposed Verdict Form**

The Government's Proposed Verdict Form is attached hereto as a separate document. The Claimants object to the Government's Proposed Verdict Form.

4. **Brief Description of Case and Parties**

On December 4, 2001, members of the Branford Police Department and Special Agents of the Drug Enforcement Administration executed a state search and seizure warrant at the residence of Harold and Kathleen von Hofe located at 32 Medley Lane, Branford, Connecticut. Based upon the discovery of marijuana plants and other drug paraphernalia at that location, the United States, the Plaintiff in this case, has filed a civil action in rem, against the property located at 32 Medley Lane. You will often hear 32 Medley Lane referred to as "the Defendant property" during this trial. Harold and Kathleen von Hofe

are the "Claimants" in this case. As the record owners of the Defendant property, they are opposing the forfeiture of 32 Medley Lane to the Government.

**ANTICIPATED EVIDENTIARY PROBLEMS**

The Government does not anticipate any evidentiary problems at trial. The Claimants may raise issues pertaining to their beliefs, books, hobbies, studies, and other personal matters.

        Respectfully submitted,
        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY

BY:   DAVID X. SULLIVAN
        ASSISTANT U.S. ATTORNEY
        P.O. BOX 1824
        NEW HAVEN, CT 06508
        (203) 821-3700
        CT03793

FOR:   JONATHAN J. EINHORN, ESQ.
        412 ORANGE STREET
        NEW HAVEN, CT 06511
        (203) 777-3777
        CT00163

FOR:   JAMES F. CIRILLO, JR., ESQ.
        500 EAST MAIN STREET
        SUITE 326
        BRANFORD, CT 06405
        (203) 488-9828
        CT05721

CERTIFICATE OF SERVICE

      This is to certify that I have caused a copy of the within document to be sent via electronic mail and by first class mail, postage prepaid, on this 14 day of January, 2004, to:

Claimants:    James F. Cirillo, Jr., Esq.    (Harold von Hofe)
500 E. Main Street
Suite 326
Branford, CT  06405
(203) 488-9828

    Jonathan J. Einhorn, Esq.    (Kathleen von Hofe)
412 Orange Street
New Haven, CT  06511
(203) 777-3777


DAVID X. SULLIVAN
Assistant U.S. Attorney