UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV2290 (MRK) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 32 MEDLEY LANE, | : | |
| BRANFORD, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | January 14, 2005 |
| | : | |
| [CLAIMANTS: HAROLD E. VON HOFE, | : | |
| AND KATHLEEN M. VON HOFE] | : | |

## GOVERNMENT'S SUBMISSION OF VOIR DIRE QUESTIONS

1. Do you, any members of your family, or any close friends know the attorney representing the government in this case, Assistant United States Attorney David X. Sullivan?

2. Do you know any of the other federal prosecutors in the District of Connecticut, who are:

   Kevin J. O'Connor, United States Attorney
   Robert Appleton
   Jonathan Biran
   William Brown
   Patrick Caruso
   Edward Chang
   William Collier
   Thomas V. Daily
   John A. Danaher, III
   Nora Dannehy
   John H. Durham
   Anastasia Enos
   James Filan
   James Finnerty

2

James G. Genco
James I. Glasser
Eric Glover
Brenda Moss Green
Michael Gustafson
H. Gordon Hall
Alex Hernandez
John B. Hughes
Carolyn Ikari
Peter S. Jongbloed
Maria Kahn
Anthony E. Kaplan
Keith King
Henry Kopel
Calvin Kurimai
Brian Leaming
Peter D. Markle
Alina Marquez-Reynolds
John Marrella
Michael McGarry
Raymond Miller
Richard Molot
Douglas Morabito
William Nardini
Lauren M. Nash
Ann Nevins
Krishna Patel
Karen Peck
Lisa Perkins
Steven Reynolds
David Ring
Mark Rubino
Michael E. Runowicz
Kit Schmeisser
Christine Sciarrino
David Sheldon
Deborah R. Slater
Alan M. Soloway
Robert Spector
Brian Spears
Geoffrey Stone
Julie Turbert
David Vatti

3

3. Does anyone know the claimants in this case, Kathleen von Hofe, Harold von Hofe, or any members of their family?

4. Does anyone know the claimants' attorneys, Jonathan Einhorn, James Cirillo, Jr., or anyone associated with their respective law firms?

5. Have you, any members of your family, or any close friends ever been investigated, charged with, or convicted of a criminal offense, other than a minor traffic violation?

6. Have you, any members of your family, or any close friends ever been involved in any civil lawsuit or tax audit involving the United States Government?

7. Have you, any members of your family, or any close friends ever had any of your property seized or forfeited by the United States or any government entity?

8. Do you harbor any ill feelings for any reason toward any local, state or federal law enforcement agents, or police officers?

9. Do you feel that the cultivation, sale, or distribution of marijuana should not be a criminal offense?

10. Do you have any difficulty with a law that calls for a person to be deprived of his or her property, if that property was used in furtherance of any violation of federal drug laws?

11. Do you feel that, upon listening to all the evidence in this case, you can return a verdict which is completely fair and objective to the Claimants, Kathleen and Harold von Hofe and to the United States?

4

12.Do any of you have relatives who are lawyers, law students, or work in a legal related profession?

13.Do you have any physical or medical problems that would make it difficult for you to sit as a juror in this trial?

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
CT03793

5

## CERTIFICATE OF SERVICE

This is to certify that I have caused a copy of the within document to be sent via electronic mail and by first class mail, postage prepaid, on this 14 day of January, 2004, to:

| | | |
|---|---|---|
| Claimants: | James F. Cirillo, Jr., Esq.<br>500 E. Main Street<br>Suite 326<br>Branford, CT  06405<br>(203) 488-9828 | (Harold von Hofe) |
| | Jonathan J. Einhorn, Esq.<br>412 Orange Street<br>New Haven, CT  06511<br>(203) 777-3777 | (Kathleen von Hofe) |

_____
DAVID X. SULLIVAN
Assistant U.S. Attorney