## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM NO.<br>3:01CV2290(MRK) |
| VS. | |
| ONE PARCEL OF PROPERTY et. al.<br>(CLAIMANTS: HAROLD E. VON HOFE<br>and KATHLEEN M. VON HOFE) | JANUARY 13, 2005 |

## DEFENDANT KATHLEEN VON HOFE'S SUBMISSION OF PROPOSED VOIR DIRE QUESTIONS

In addition to those questions the Court may put to the veniremen prior to trial in the above-referenced matter, the defendant Kathleen Von Hofe respectfully requests that the Court include the following:

1. Have you or any member of your family ever had any personal experience with federal agents of the Federal Bureau of Investigation, Drug Enforcement Administration or the Bureau of Alcohol, Tobacco and Firearms or any other federal agency, or local police?

2. Are you related to any federal, state or local law enforcement agents?

   a. If so, please state the nature of the relationship.

   b. For what agency do these persons work, and in what capacity?

3. Do you have any strong opinions, either good or bad, about law enforcement officers in general?

7

4. If the Court instructs you, with respect to the testimony of both DEA agents and police officers, that you are not to automatically assume that such testimony is truthful merely because the witness happens to be a police officer:

    a. Can you assess and size up the testimony of a police officer like you would any other witness?

    b. Can you accept the proposition that a law enforcement officer is just like any other witness, and his testimony is entitled to no special consideration merely because he is a government agent or employee?

    c. Is there any one who would more likely than not, believe the testimony of a law enforcement agent merely because he is in law enforcement?

5. Is there anyone here who thinks the law generally leans too far in favor of defendants?

6. Are there any among you who feel that you would be unable to accept the law as given to you by the Court, without reservation, even if you disagreed with it wholly or partially?

7. Have any of you ever served on a jury before, and if so:

    a. Was it civil or criminal?
    b. Did the case go to verdict?
    c. What court was it in?
    d. When was your jury service?
    e. Who was the judge, if you recall?
    f. Who was the prosecutor, if you recall?

8. Has anyone served on a Grand Jury?

If so, in what sort of case and in what court?

9. Is there anyone who would feel compelled to find in favor of the Government merely because the Government has expended the time and resources to bring this case to trial, and

even if the evidence really was not sufficient to prove the defendant's property ought to be forfeited?

10. In our system, the federal forfeiture case is always brought to trial by the Government as a party. This is only procedural formality. Does the fact that the Government, the United States as a party, make you in any way biased in favor of the plaintiff?

11. Will everyone here judge this case solely on the evidence they hear in the court room and on nothing else?

12. Have any of you ever studied law?

   If so, please describe the details.

13. Are any of you related to a lawyer, law student or paralegal. If so:

   a. What is the relation?

   b. What kind of law does he/she practice?

   c. Do you every discuss your cases with this person?

   d. Do you think that your acquaintance with such a person would in any way cause you to favor one side or the
other in this case?

14. Has anyone here ever been the victim of a crime or a witness and, if so, under what circumstances?

15. Has any member of your family or friends been a victim of crime? If so, under what circumstances?

16. Would each of you be able to give the defendant the benefit of your individual judgment in arriving at a verdict in this case?

17. Is there anything about the nature of the case itself that we have not already covered which would in any way cause you to harbor a belief, knowledge, prejudice or memory of any experience that would prevent you from keeping an open mind in the case?

18. Is there anyone on the panel who has any opinion about this case at the outset that would prevent you from being a fair, impartial juror?

19. Have you formed any opinion as to the merits of this case? If yes, what is the nature of your opinion, why do you hold it and where did you gain your information regarding the merits of this case.

20. Knowing what you know about this case and any opinion formed about it, would you be satisfied to be tried by a jury having your present frame of mind?

21. Is there any reason at all that you can think of that would make it difficult in any way for you to serve as a juror in this case, or that makers you reluctant to serve?

22. Based upon all your information, from newpapers, television, radio and conversations with people you live or work with, do you think the legal system is being too soft on crime, or too harsh, or just about right?

                RESPECTFULLY SUBMITTED
                THE DEFENDANT,
                KATHLEEN VON HOFE

                BY_____
                JONATHAN J. EINHORN
                412 ORANGE STREET
                NEW HAVEN, CT 065ll
                (203) 777-3777
                CT BAR 00l63
                Jnhorn@AOL.COM

## **CERTIFICATION**

      This is to certify that a true and correct copy of the foregoing was mailed, postage prepaid, to: AUSA David X. Sullivan, 157 Church Street, 23rd Floor, New Haven, Conn. 0659, on this 13th day of January, 2005.

                                                                            JONATHAN J. EINHORN

voirdire/a

11