## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL NO. 3:01CV 2290 (MRK) |
| VS. | |
| ONE PARCEL OF PROPERTY LOCATED AT 32 MEDLEY LANE, BRANFORD, CT WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON | |
| (CLAIMANTS: HAROLD E. VON HOFE AND KATHLEEN M. VON HOFE) | JANUARY 17, 2005 |

## AMENDMENT TO ANSWER AND SPECIAL DEFENSES

The Defendant Kathleen Von Hofe hereby amends her answer and special defenses dated July 21, 2004 adding the following special defense:

## SECOND SPECIAL DEFENSE

A forfeiture of the Defendant Kathleen Von Hofe's interest in the property would be disproportionate to the crime charged.

THE DEFENDANT, KATHLEEN VON HOFE

BY_____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06510
FED. BAR NO. 00163
203-777-3777

## CERTIFICATION

This is to certify that a true and correct copy of the foregoing was mailed, postage

prepaid this 17th day of January, 2005 to:

David X. Sullivan, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510

James F. Cirillo, Jr., Esq.
500 East Main Street
Suite 326
Branford, CT  06405

                                                          _____
                                                          JONATHAN J. EINHORN