**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL NO. 3:01CV 2290 (MRK) |
| VS. | |
| ONE PARCEL OF PROPERTY LOCATED AT 32 MEDLEY LANE, BRANFORD, CT WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON | |
| (CLAIMANTS: HAROLD E. VON HOFE AND KATHLEEN M. VON HOFE) | JANUARY 17, 2005 |

**<u>VERDICT FORM</u>**

Please answer these questions as to each Defendant.

**A.  <u>As to the Defendant Harold Von Hofe</u>**

   1.  In this case, is your verdict for

\_\_\_ The Plaintiff, United States of America, or

\_\_\_ The Defendant, Harold Von Hofe

If your verdict is for the Defendant, Harold Von Hofe you may stop here.  If your verdict is in favor of the Plaintiff, please continue as follows:

2.  What is the amount of the forfeiture you are ordering from the Defendant, Harold Von Hofe?  If you are ordering a forfeiture of his entire one-half interest in 32 Medley Lane, Branford, Connecticut, you may check yes on this line \_\_\_\_\_.  If you are ordering a specific amount to be forfeited, indicate that amount on this line $_____.  You cannot order both a forfeiture of his one half interest and a forfeited amount.

3.  Do you find that the Government has established a connection between the property it seeks to have forfeited and the offense committed by this Defendant? \_\_\_\_\_

**B.  As to the Defendant, Kathleen Von Hofe**

   1.   In this case is your verdict for

___ The Plaintiff, United States of America, or

___ The Defendant, Kathleen Von Hofe

If your verdict is for the Defendant, Kathleen Von Hofe you may stop here.  If your verdict is in favor of the Plaintiff, please continue as follows:

2.   What is the amount of the forfeiture you are ordering from the Defendant Kathleen Von Hofe?  If you are ordering a forfeiture of her entire one-half interest in 32 Medley Lane, Branford, Connecticut, you may check yes on this line _____.  If you are ordering a specific amount to be forfeited, indicate that amount on this line $_____.  You cannot order both a forfeiture of her one half interest and a forfeited amount.

3.  Do you find that the Government has established a connection between the property it seeks to have forfeited and the offense committed by this Defendant? _____


_____
Foreperson

Dated: _____