UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL NO.3:01CV 2290 (MRK) |
| VS. | |
| ONE PARCEL OF PROPERTY LOCATED AT 32 MEDLEY LANE, BRANFORD, CT WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON | |
| (CLAIMANTS: HAROLD E. VON HOFE AND KATHLEEN M. VON HOFE) | JANUARY 31, 2005 |

## AMENDMENT TO ANSWER AND SPECIAL DEFENSE

The Claimant, Harold Von Hofe, hereby amends his Answer and Special Defense dated July 21, 2004 by adding the following additional special defense:

## SECOND SPECIAL DEFENSE

A forfeiture of the Claimant's, Harold Von Hofe, interest in the property would be disproportionate to the crime charged.

THE CLAIMANT, HAROLD E. VON HOFE

By_____
JAMES F. CIRILLO, JR., ESQ.
500 EAST MAIN STREET
SUITE 208
BRANFORD, CONNECTICUT 06405
FED. BAR NO. CT 05721
203-488-9828

## CERTIFICATION

      This is to certify that a true and correct copy of the foregoing was mailed, postage pre-paid this 31st day of January, 2005 to:

David X. Sullivan, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, Connecticut 06510

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, Connecticut 06510

_____
JAMES F. CIRILLO, JR., ESQ.