```
 1              UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
 2

 3                                              COPY
   ---------------------------------x
 4  UNITED STATES OF AMERICA,        :
              Plaintiff,             :  CIVIL ACTION NO.
 5                                   :  3:01CV2290 (JCH)
         vs.                         :
 6                                   :
   ONE PARCEL OF PROPERTY LOCATED    :
 7  AT 32 MEDLEY LANE, BRANFORD,     :
   CONNECTICUT, WITH ALL             :
 8  APPURTENANCES AND IMPROVEMENTS   :
   THEREON,                          :
 9                                   :
              Defendant.             :
   (CLAIMANTS: HAROLD E. VON HOFE    :
10 AND KATHLEEN M. VON HOFE)         :  December 9, 2004
   ---------------------------------x
11

12

             DEPOSITION OF HAROLD E. VON HOFE
13

14
       Taken before Lee Ann Biancucci, LSR #224, RPR,
15  a Court Reporter and Notary Public for the
    State of Connecticut, pursuant to Notice and
16  the Federal Rules of Civil Procedure, at the
    Office of the United States Attorney,
17  157 Church Street, New Haven, Connecticut, on
    December 9, 2004, commencing at 11:58 a.m.
18

19

20

21

22           Falzarano Court Reporters
               117 N. Saddle Ridge
23          West Simsbury, CT   06092
                  860.651.0258
24

25
```

```
 1      recall telling law enforcement officers on
 2      December 4, 2001 that your wife Kathleen was aware
 3      of both the indoor marijuana operations in the
 4      basement?
 5          A    No.
 6          Q    Do you recall telling them that she had
 7      knowledge -- strike it.
 8               Do you recall telling law enforcement
 9      officers on December 4, 2001 that your wife
10      Kathleen had knowledge of marijuana smoking within
11      the house?
12          A    I think I said something to the effect that
13      she probably knew I smoked.
14          Q    Do you recall telling law enforcement
15      officers on December 4, 2001 that your wife
16      Kathleen von Hofe did not smoke marijuana?
17          A    I think so.  I don't remember exactly
18      but --
19          Q    Do you recall telling law enforcement
20      officers on December 4, 2001 that you smoked
21      marijuana on a daily basis?
22          A    I don't recall.  I might have.
23          Q    Were you in fact smoking marijuana on a
24      daily basis prior to December 4, 2001?
25          A    Pretty much, yes.
```

```
1      called or dubbed Crowley the wickedest man in the
2      world?
3          A    Oh, yes.
4          Q    You knew that he was addicted to drugs?
5          A    Periodically, yes.
6          Q    And those drugs included heroin and
7      cocaine?
8          A    Yeah.  I would not qualify the cocaine as
9      an addiction that was one period.  Heroin he
10     returned to later in life during World War II when
11     he could no longer get medication, he was given it
12     illegally by the British government.  He was
13     originally given heroin for his asthma.
14         Q    You've actually written at times that --
15     you've incorporated Crowley into your, I don't
16     know what to call it, rituals?
17         A    Crowley himself wrote a number of different
18     rituals and poems.  I use that sometimes, too.
19         Q    You would agree that Crowley was and used
20     drugs in his, for lack of a better term, religious
21     practices?
22         A    Yes, or in his spiritual quests, yes.
23         Q    Does your influence by Mr. Crowley extend
24     to the use of drugs for your own spiritual quest?
25         A    I would have to say, coming out of the
```

1  sixties, that was a big part of my interest back
2  then, a lot of different drugs, yes.
3      Q   What drugs have you used in this journey
4  for a spiritual quest?
5          MR. EINHORN:  Can you qualify
6      that?
7          MR. CIRILLO:  A time frame.  He
8      talks about the sixties.
9          MR. SULLIVAN:  Starting from the
10     sixties.  I'm just reacting to the
11     answer.
12     A   Sixties and early seventies I'll talk about
13 a little bit.  Let's see.  Marijuana, of course,
14 things like mushrooms -- hallucinogenic mushrooms
15 and plants I was interested in, and LSD back in
16 the sixties and actually also Ketamine, for that
17 matter, too, since that came up.  Timothy Leary
18 wrote up a good bit of that in the seventies.
19 BY MR. SULLIVAN:
20     Q   Staying with the sixties for a moment,
21 Ketamine was something that you would use in the
22 sixties?
23     A   I don't remember the sixties.  I think
24 early seventies was my first experiences with
25 that.

```
 1        Q    That included with men and women?
 2        A    Yes.
 3        Q    So there's no misunderstanding, from your
 4   own writings, and I don't believe -- it might not
 5   be in "My Star Ruby," but something I got from the
 6   Pickatrix, you have said that you have
 7   incorporated some of Crowley's practices in your
 8   own for decades, is that a fair statement?
 9        A    Yeah, I would say so.
10        Q    So we are clear, which practices have you
11   incorporated?
12        A    There is one ritual called the banishing
13   ritual, so-called Star Ruby, which is sort of a
14   dance meditation where you move around a circle
15   and address words to various corners of the
16   circle.  It's hard to describe these things to
17   people.  Otherwise -- go ahead.
18        Q    No.  If you've got more to say --
19             Now, you said earlier that you would
20   discuss the sixties and seventies and the use of
21   drugs in your spiritual quest.  Let's turn to the
22   eighties.
23             In the 1980s, were you using drugs in your
24   spiritual quest?
25        A    If I used -- if I did anything, a lot of
```

1   anything I did do was sort of focused towards my
2   spiritual quest.  That's one of the things I think
3   I learned from Crowley; everything you do, you
4   sort of want to have that part of your spiritual
5   quest.
6       Q    What drugs were you using at that time,
7   sir?
8       A    I don't recall exactly, to tell you the
9   truth.
10      Q    Let's turn then to the nineties.  Were you
11  using drugs in your spiritual quest in the 1990s?
12      A    I did smoke marijuana most of my life.  I
13  do an occasional hallucinogen.  I smoked -- I am
14  not sure of the exact times and dates.
15      Q    Now, these meditations and these -- the
16  spiritual quest, you were present when your wife
17  was deposed earlier, correct?
18      A    Yes.
19      Q    Do you recall that she said that she
20  engaged in some of these --
21      A    Yes.
22      Q    -- meditations with you and other family
23  members?
24      A    Yes.
25      Q    As well as other people?

```
1        Q    Are my eyes glazing?
2        A    Summer and winter solstices which is when
3   day and night are exactly equal, it's at those
4   points.
5        Q    When was the last time you conducted one of
6   these rituals?
7        A    Would have been -- we are in November --
8   around September 21st, give or take a week.  We
9   try to get around those times.
10       Q    As part of your personal spirituality,
11  since December 4, 2001, when engaging in these
12  rituals, are you also utilizing drugs?
13       A    No.  Actually, for these rituals, you never
14  did.  When you talk about them being used for
15  spiritual quest, I would say that with my own
16  interest in drugs or whatever, I would usually --
17  that, to me, was also part of my spiritual quest.
18  That doesn't mean every time I do a ritual I do
19  drugs.  It's more like every time I do drugs, I'm
20  practicing a certain spirituality statement or at
21  least I'd like to think so.
22       Q    I didn't ask your wife about this, but as
23  far as any other names other than Kathleen, as it
24  relates to your -- I guess these are religious
25  practices, and I don't mean to demean them or
```

```
 1        belittle them or something; I'm just not familiar
 2        with them -- what other names does she use other
 3        than Kathleen?
 4            A    Or Danu was the only name I know she has.
 5        D-a-n-u comes from Irish mythology since he's
 6        Irish.  We don't use it too much now.
 7            Q    What about your children when they are
 8        involved?
 9            A    Morgan is not particularly interested, and
10        Alaric and Erin both, I think, did take names.
11            Q    I'm going to confess, it's not an area that
12        I'm particularly comfortable with.  Your writings
13        have gone into a lot of the sexual acts of the men
14        and women and juices and the coins if you are
15        worshiping money and other things.  Do you know
16        what I'm referring to?
17            A    Yes.  That is specifically something that
18        that's a satire I wrote.  Basically, I didn't do
19        too much more than take some very metaphorical
20        phrases of Crowley's and turn them into literal
21        physical things.  I didn't craft that piece at
22        all.  That was written by Crowley about using
23        sexual fluids.
24            Q    Do you ever engage in such activities in
25        your spiritual quest?
```