UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV2290 (MRK) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 32 MEDLEY LANE, | : | |
| BRANFORD, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | February 9, 2005 |
| | : | |
| [CLAIMANTS: HAROLD E. VON HOFE, | : | |
| AND KATHLEEN M. VON HOFE] | : | |

## GOVERNMENT'S DISCLOSURE OF WITNESSES

Pursuant to the Court's Order directing the Plaintiff, United States of America to disclose the names, and order, of witnesses to be called to testify at the first day of trial in the above-captioned case, the Government provides the following:

1. Detective Duncan Ayr, Branford Police Department;

2. Drug Enforcement Administration Special Agent LaVerne Hibbert;

3. Drug Enforcement Administration Special Agent Jon Rubinstein;

4. Edward Huneycutt, Robinson Correctional Institute; and

5. Drug Enforcement Administration, Resident Agent in Charge Michael Wardrop.

Respectfully submitted,
KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT  06508
(203) 821-3700
CT03793

CERTIFICATE OF SERVICE

This is to certify that I have caused a copy of the within document was sent via regular, postage, prepaid, on this 9th day of February, 2005, to:

Claimants:  James F. Cirillo, Jr., Esq.   (Harold von Hofe)
500 E. Main Street
Suite 326
Branford, CT  06405
(203) 488-9828

Jonathan J. Einhorn, Esq.   (Kathleen von Hofe)
412 Orange Street
New Haven, CT  06511
(203) 777-3777

DAVID X. SULLIVAN
Assistant U.S. Attorney