UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV2290 (MRK) |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 32 MEDLEY LANE, | : | |
| BRANFORD, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, AND | : | |
| | : | |
| Defendant. | : | February 9, 2005 |
| | : | |
| [CLAIMANTS: HAROLD E. VON HOFE, | : | |
| AND KATHLEEN M. VON HOFE] | : | |

**STIPULATIONS OF LAW AND FACT BY PLAINTIFF, UNITED STATES AND CLAIMANTS, HAROLD AND KATHLEEN VON HOFE**

The following stipulations of law and fact were agreed upon by the Plaintiff, United States of America and the Claimants, Kathleen and Harold von Hofe in their Joint Trial Memorandum, filed on January 10, 2005. A copy of this document, with the omission counsel signature lines, will be marked for trial as Joint Exhibit No. 1.

**STIPULATIONS OF LAW**

1. It is a violation of federal law to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense, a controlled substance punishable by more than one year of imprisonment in violation of 21 U.S.C. §841.

2. Marijuana is a controlled substance as referenced in 21 U.S.C. §841.

3. As of December 4, 2001, Harold von Hofe and Kathleen von Hofe were the sole owners of the defendant property, 32 Medley Lane, Branford, Connecticut.

**STIPULATIONS OF FACT**

1. The 65 plants discovered at the Defendant property on December 4, 2001, were marijuana plants.

2. The green plant-like material located in jar in the basement of the defendant property on December 4, 2001, was marijuana.

3. The plant-like residue on the digital scale located in basement of the defendant property on December 4, 2001, was marijuana.

4. The single family dwelling at 32 Medley Lane is located on .52 (approximately ½) of an acre.

5. The dwelling at 32 Medley Lane is a ranch house.

6. The first floor living area of the Defendant property has a total of six rooms of which three are bedrooms with 1 and ½ bathrooms.

7. The first floor living area of the Defendant property consists of 1,428 square feet.

8. The basement living area of the Defendant property has a total of four rooms, one of which is the master bedroom with a bathroom.

9. The parties stipulate to the authenticity of utilities records subpoenaed by law enforcement in connection with this case.

10. The parties stipulate as to authenticity of forty-five still photographs of the defendant property taken by law enforcement.

11. The parties stipulate as to the authenticity of the video tape of the defendant property taken by law enforcement.

12. The parties stipulate as to the chain of custody regarding the following items seized by law enforcement from the Defendant property on December 4, 2001: sixty-five (65) marijuana plants found in two rooms in the basement, two (2) Hydra farm lights and a thermometer located in both of the basement grow rooms; one (1) Tanita model 1479 digital scale with marijuana residue and one (1) green sealed jar with marijuana buds located in plain view in another room in the basement; two (2) cardboard boxes containing cut marijuana located in the hallway outside one of the basement grow rooms; two (2) cardboard boxes containing marijuana residue located in the hallway outside one

of the basement grow rooms; a homemade drying compartment containing hanging strings with marijuana residue located outside one of the basement grow rooms; two (2) brown paper bags containing "shake," (which is the discarded portion of marijuana plants) located in the basement grow rooms and hallway in the basement; marijuana smoking pipes, seeds and other marijuana paraphernalia and three (3) empty Ketamine 100 mg bottles located in another room in the basement; miscellaneous potting materials and grow formulas; and, one (1) large trash can containing potting soil located in the basement.

                              Respectfully submitted,
                              KEVIN J. O'CONNOR
                              UNITED STATES ATTORNEY


                              DAVID X. SULLIVAN
                              ASSISTANT U.S. ATTORNEY
                              P.O. BOX 1824
                              NEW HAVEN, CT  06508
                              (203) 821-3700
                              CT03793

CERTIFICATE OF SERVICE

This is to certify that I have caused a copy of the within document was sent via regular, postage, prepaid, on this 9th day of February, 2005, to:

Claimants:  James F. Cirillo, Jr., Esq.     (Harold von Hofe)
500 E. Main Street
Suite 326
Branford, CT  06405
(203) 488-9828

Jonathan J. Einhorn, Esq.     (Kathleen von Hofe)
412 Orange Street
New Haven, CT  06511
(203) 777-3777

_____
DAVID X. SULLIVAN
Assistant U.S. Attorney