# UNITED STATES V. 32 MEDLEY LANE

## 3:01CV2290 (MRK)

### INDEX TO GOVERNMENT'S TRIAL EXHIBITS

1. Videotape of Defendant Property taken on December 4, 2001.

2. Photographs of Defendant Property.  *2 p Removed*

3. Branford Police Department Evidence Inventory Form

4. DEA subpoena and responses from Northeast Utilities.

5. Graph of Kilowatt Hour electrical usage for 32 Medley Lane and surrounding residences.

6. Enlarged version of Exhibit 5.

7. State of Connecticut Superior Court Conviction of Harold von Hofe.  *Removed*

8. State of Connecticut Superior Court Conviction of Kathleen von Hofe.

*Rec'd exhibits in return*
*2/15/05*
*[signature]*

*[FILED stamp: 2005 FEB 15 P 1:21 U.S. DISTRICT COURT NEW HAVEN, CT]*