AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF _____

USA
v.
32 medley Lane

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01 cv 2290 (MRK)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | David X. Sullivan | Jonathan J. Einhorn |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| February 14th + 15th 2005 | Thea Finkelstein | Kenneth R. Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 2/14/05 | | | Duncan Ayr |
| ✓ | | 2/14/05 | | | Jon Rubinstein |
| ✓ | | 2/14/05 | | | LaVerne Hibbert |
| ✓ | | 2/14/05 | | | Edward Huneycutt |
| ✓ | | 2/14/05 | | | Michael Wardrop |
| ✓ | | 2/14/05 | | | Daniel Travisano |
| ✓ | | 2/14/05 | | | Kevin Potter |
| | ✓ | 2/14/05 | | | Kathleen von Hofe |

FILED 2005 FEB 15 P 2: 05 U.S. DISTRICT COURT NEW HAVEN, CT

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages