UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,         :
                                  :
            Plaintiff,            :   NO.   3:01cv2290 (MRK)
                                  :
v.                                :
                                  :
ONE PARCEL OF PROPERTY            :
LOCATED AT 32 MEDLEY LANE,        :
BRANFORD, CONNECTICUT,            :
WITH ALL APPURTENANCES AND        :
IMPROVEMENTS THEREON,             :
                                  :
            Defendant.            :
                                  :
[CLAIMANTS: HAROLD E. VON HOFE    :
AND KATHLEEN M. VON HOFE]         :


## VERDICT FORM


PLEASE READ THE INSTRUCTIONS AND ANSWER THE QUESTION IN PART I.

BEFORE PROCEEDING TO ANSWER THE QUESTION IN PART II, PLEASE READ THE INSTRUCTIONS AT THE END OF PART I, AND ONLY PROCEED TO ANSWER THE QUESTION IN PART II IF YOU ARE REQUIRED TO DO SO BY THE INSTRUCTIONS.

-1-

**PART I:**     **CIVIL FORFEITURE**

**Please answer Question 1:**

1. Has the Plaintiff, the United States Government, proven by a preponderance of the evidence that there was a substantial connection between the Defendant Property at 32 Medley Lane and a violation of the federal narcotics laws punishable by more than one year's imprisonment?



   ✓ YES             ___ NO

**If you answered "NO" to Question 1, you have found that the Defendant Property at 32 Medley Lane is not subject to forfeiture. You may skip Part II and you should proceed to the Conclusion of Deliberations on the final page (p. 4).**

**If you answered "YES" to Question 1, you have found that the Defendant Property at 32 Medley Lane is subject to forfeiture, and you must proceed to the question in Part II.**

## PART II: INNOCENT OWNER DEFENSE

**Only proceed to answer the question in this Part II if you have found that the Defendant Property at 32 Medley Lane is subject to forfeiture in Part I. If you found that the Defendant Property at 32 Medley Lane is not subject to forfeiture, you may skip Part II and you should proceed to the Conclusion of Deliberations on the final page (p. 4).**

**Please answer Question 2:**

2. Has the Claimant, Kathleen von Hofe, proven by a preponderance of the evidence that she did not know of the illegal activity at the Defendant Property at 32 Medley Lane that gave rise to the forfeiture.

　　　　　　＿＿＿ YES　　　　　　✓ NO

**Please proceed to the Conclusion of Deliberations on the final page (p. 4).**

III.  **CONCLUSION OF DELIBERATIONS**

**Your deliberations are now complete, and you should have your jury foreperson note the date and time below and sign in the space provided. You should return your completed Verdict Form to the Court.**

_2-15-05_     _12:31_  A.M./P.M.          _[signature]_
**Date**         **Time**                              **Foreperson (please sign)**

-4-