**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

UNITED STATES OF AMERICA                    CIVIL NO. 3:01CV 2290 (MRK)

VS.

ONE PARCEL OF PROPERTY LOCATED
AT 32 MEDLEY LANE, BRANFORD, CT
WITH ALL APPURTENANCES AND
IMPROVEMENTS THEREON

[CLAIMANTS:  HAROLD E. VON HOFE
AND KATHLEEN M. VON HOFE]                    FEBRUARY 17, 2005

**CLAIMANTS' PETITION TO DETERMINE WHETHER**
**FORFEITURE WAS CONSTITUTIONALLY EXCESSIVE**

Pursuant to 18 U.S.C. 983 (g)(1), the Claimants Kathleen von Hofe and Harold

von Hofe petition the Court to determine whether the forfeiture was constitutionally

excessive.

THE CLAIMANT, KATHLEEN VON HOFE


BY_____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06510
FEDERAL BAR NO. ct00163
203-777-3777


THE CLAIMANT, HAROLD VON HOFE


BY_____
JAMES CIRILL0, JR., ESQ.
500 EAST MAIN STREET, SUITE 326
BRANFORD, CONNECTICUT  06405
(203) 488-9828
FEDERAL BAR NO. ct 05721

**CERTIFICATION**

This is to certify that a true and correct copy of the foregoing was mailed, postage prepaid this 17th day of February, 2005 to:

David X. Sullivan, Esq.
Assistant U.S. Attorney
157 Church Street, 23rd Floor
New Haven, CT  06510


_____
JONATHAN J. EINHORN