# United States District Court

DISTRICT OF _____

USA

v.

32 Medley Lane

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 3:01 CV 2290

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | David X. Sullivan | Jonathan J. Einhorn / James F. Cirillo, Jr. |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Feb 17, 2005 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 4 |  | 2/17/05 |  |  | State of Ct Superior Court Record of Harold von Hofe |
|  | 1 | 2/17/05 |  |  | Deed Dated 10/3/1988 |
|  | 2 | 2/17/05 |  |  | Deed Dated 1/15/1998 |
|  | 3 | 2/17/05 |  |  | Appraisal of Real Property 11/28/02 |
|  | 9 | 2/17/05 |  |  | Responses to Pla. Interrogatories to claimant Harold E von Hofe |

United States District Court
District of Connecticut
FILED AT     NEW HAVEN

February 17     2005
Kevin F. Rowe, Clerk

By Kenneth R. Ghilardi
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.