# United States District Court

**DISTRICT OF** Connecticut

USA v. 32 Medley Lane

**EXHIBIT AND WITNESS LIST**

**CASE NUMBER:** 3:01cv2290

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Mark R. Kravitz | David X. Sullivan | Johnathan Einhorn / James Cirillo, Jr |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| Feb 17, 2005 | Thea Finkelstein | Ken Ghilardi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 2/17/05 | | | Harold von Hofe |
| | ✓ | 2/17/05 | | | Kathleen von Hofe |
| ✓ | | 2/17/05 | | | Jon Rubinstein |

United States District Court
District of Connecticut
FILED AT NEW HAVEN
February 17, 2005
Kevin F. Rowe, Clerk.
By Kenneth R. Ghilardi
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.