UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAR -8  A 10: 23

U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff, : | |
| : | Civil No. 3:01CV2290 (MRK) |
| ONE PARCEL OF PROPERTY : LOCATED AT 32 MEDLEY LANE, : BRANFORD, CONNECTICUT, WITH : ALL APPURTENANCES AND : IMPROVMENTS THEREON, AND : | |
| Defendant, : | MARCH 2, 2005 |
| [CLAIMANTS: HAROLD E. von HOFE, : AND KATHLEEN M. von HOFE : | |

## CLAIMANT'S MOTION TO SUPPLEMENT RECORD

The Claimant, HAROLD E. von HOFE, in the above-captioned matter hereby moves to supplement the record by including therein the following documents, to be marked accordingly:

1. A title search of the property known as #32 Medley Lane, Branford, Connecticut performed by Eastland Title Services through LandAmerica Lawyers Title Insurance Company consisting of 18 pages;

2. A copy of the original Mortgage Note, Deed and Release from Harold H., Lenore, Harold E. and Kathleen M. von Hofe to The New Haven Savings Bank in the original principal amount of $50,600.00 dated June 21, 1979 and recorded in Volume 308 at Pages 829-832 consisting of 7 pages; and

3. Photo static copies of 77 checks evidencing payment by the Claimant to his parents for reimbursement of the New Haven Savings Bank mortgage.

The Claimant, HAROLD E. von HOFE, respectfully moves to supplement the record as aforementioned.

                THE CLAIMANT
                HAROLD E. von HOFE

                BY _____
                James F. Cirillo, Jr., Esq.
                500 East Main Street, Suite 208
                Branford, CT 06405
                (203-488-9828)

## ORDER

The Claimant, HAROLD E. von HOFE, having requested that the aforementioned documents supplement the Court's record, it is hereby ORDERED that the following are to be included:

1. A title search of the property known as #32 Medley Lane, Branford, Connecticut performed by Eastland Title Services through LandAmerica Lawyers Title Insurance Company consisting of 18 pages supplement the Court's record;

2. A copy of the original Mortgage Note, Deed and Release from Harold H., Lenore, Harold E. and Kathleen M. von Hofe to The New Haven Savings Bank in the original principal amount of $50,600.00 dated June 21, 1979 and recorded in Volume 308 at Pages 829-832 consisting of 7 pages supplement the Court's record; and

3. Photo static copies of 77 checks evidencing payment by the Claimant to his parents for reimbursement of the New Haven Savings Bank mortgage supplement the Court's record.

Dated at _____, Connecticut this _____ day of _____, 2005.

_____

UNITED STATES DISTRICT JUDGE

## CERTIFICATION

I hereby certify that I placed a copy of this Motion in the U.S. Mails, postage pre-paid, this 2nd day of March, 2005 addressed to:

David X. Sullivan, Esq., A.U.S.A.
157 Church Street, 23rd Floor
New Haven, Connecticut 06510

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, Connecticut 06511

_____
JAMES F. CIRILLO, JR., ESQ.