**LAWYERS TITLE INSURANCE CORPORATION**
**COMMITMENT FOR TITLE INSURANCE**
**SCHEDULE A**

Case Number: 05-00931-25                                    Von Hofe

1.  Effective Date: **February 17, 2005**

2.  Policy or Policies to be issued:

    (a) ALTA Owner's Policy - (10-17-92)         Amount:   $

    PROPOSED INSURED:

    (b) ALTA Loan Policy - (10-17-92)            Amount:   $

    PROPOSED INSURED:
    **, its successors and/or assigns as their interest may appear**

    (c) Other Type of Policy                     Amount:   $

    PROPOSED INSURED:

3.  Title to the **Fee Simple** estate or interest in the land described or referred to in this commitment is at the effective date hereof vested in:

    **Harold E. von Hofe and Kathleen M. von Hofe**

4.  The land referred to in this Commitment is described as follows:

    **32 Medley Lane, Branford, CT**

                              SEE ATTACHED DESCRIPTION

_____
Authorized Officer or Agent

This Commitment is invalid unless the Insuring Provisions and Schedules A and B are attached.

Form No. 91-88(SCH.A); 035-1-088-0001/6

**LAWYERS TITLE INSURANCE CORPORATION**
**COMMITMENT FOR TITLE INSURANCE**
SCHEDULE B - SECTION 1

Case Number: 05-00931-25                                Von Hofe

**Requirements**

The following are the requirements to be complied with:

Item (a)   Payment to or for the account of the grantors or mortgagors of the full consideration for the estate or interest to be insured.

Item (b)   Proper instrument(s) creating the estate or interest to be insured must be executed and duly filed for record to-wit:

   1. Deed from **Harold E. von Hofe and Kathleen M. von Hofe** vesting **Fee Simple** title in   .

   2. Mortgage deed from                    in favor of
      securing the insured loan.

Item (c)   Payment and release of the following:

This Commitment is invalid unless the Insuring Provisions and Schedules A and B are attached.

Form No. 91-88(B-1) 035-1-088-0004/1

## LAWYERS TITLE INSURANCE CORPORATION
## COMMITMENT FOR TITLE INSURANCE
### SCHEDULE B - SECTION 2

Case Number:  05-00931-25                                          Von Hofe

**Exceptions**

The policy or policies to be issued will contain exceptions to the following unless the same are disposed of to the satisfaction of the Company:

1. Defects, liens, encumbrances, adverse claims or other matters, if any, created, first appearing in the public records or attaching subsequent to the effective date hereof but prior to the date the proposed insured acquires for value of record the estate or interest or mortgage thereon covered by this commitment.

2. Any lien or right to a lien for services or materials or labor heretofore or hereafter furnished, imposed by law and not shown by the public records.

3. Rights of tenants in possession, if any, other than the owner.

4. Such state of facts as would be disclosed by a current, accurate survey and inspection of the premises.

5. Any Taxes which are not yet due and payable.
   Note:  Taxes are paid through **December 31, 2004. Taxes on the list of 10/1/2003 in the amount of $3,344.42 - second installment of $1,672.21 plus interest of $50.17 is past due.**

6. Restrictions contained in a warranty deed dated 7/12/1946 and recorded in volume 121 at page 93 of the Branford Land Records, as modified by an Agreement dated 3/8/1951 and recorded 134 at page 541 of the Branford Land Records.

9. A utility easement granted to the Connecticut Light and Power Company dated 1/24/1954 and recorded 1/24/1954 in volume 150 at page 103 of the Branford Land Records.

10. An easement to the Town of Branford Sewer Authority dated 10/10/1986 and recorded 10/10/1986 in volume 412 at page 283 of the Branford Land Records.

11. A Lis Pendens by the United States of America against Harold E. Von Hofe and Kathleen M. Von Hofe dated 12/6/2001 and recorded 12/10/2001 in volume 748 at page 1034 of the Branford Land Records.

This Commitment is invalid unless the Insuring Provisions and Schedules A and B are attached.

Form No. 91-88(B -2) 035-1-088-0004/1

NOTE:   Upon receipt of SELLER'S/OWNER'S AFFIDAVIT, Items 2 and 3 above will be deleted from the final policy to be issued, and Item 4 will be deleted from the Residential Loan Policy Only.

NOTE:   Upon receipt of a Class A-2 Survey certified to Lawyers Title Insurance Corporation, Item 4 will be omitted from the Owner's or Commercial Policy, or amended in accordance with the facts disclosed thereby.

NOTE:   If policy is to be issued in support of a mortgage loan, attention is directed to the fact that the Company can assume no liability under its policy, the closing instructions, or Insured Closing Service for compliance with the requirements of any consumer credit protection or truth in lending law in connection with said mortgage loan.

NOTE:   Any covenant, condition or restriction based on race, color, religion, sex, handicap, familial status or national origin is omitted, unless and only to the extent that the restriction is not in violation of state or federal law, or relates to a handicap, but does not discriminate against handicapped people.

This Commitment is invalid unless the Insuring Provisions and Schedules A and B are attached.

Form No. 91-88(B -2) 035-1-088-0004/1

# DESCRIPTION

Releasor s have or ought to have in or to all that certain piece or parcel of land, with the buildings and all other improvements now or hereafter placed thereon, situated in the Town of Branford, in the County of New Haven and State of Connecticut, known as Lot 10 on a Map entitled "Proposed Sub-division Ben Medley-Developer, owned by Ben and Wilma Medley, Scale 1" = 50', dated Nov. 3, 1954, W. F. Smith, Registered Surveyor" on file in the Branford Town Clerk's Office, and bounded and described as follows:

Beginning at a point on the Northerly line of Medley Lane, distant sixteen and 52/100 (16.52) feet Northwest of a monument;

THENCE   North 40 degrees 33 minutes 40 seconds East along Lot 9, a distance of two hundred ninety-five and 48/100 (295.48) feet to a point at land now or formerly of The Branford Steam Railroad Company;

THENCE   South 3 degrees 40 minutes 20 seconds West along land now or formerly of The Branford Steam Railroad Company, a distance of two hundred twelve and 13/100 (212.13) feet to a point;

THENCE   continuing in substantially the same direction in an arc, the radius of which is one thousand nine hundred twenty-five and 08/100 (1925.08) feet, for a distance of ninety-eight and 34/100 (98.34) feet;

THENCE   North 80 degrees 00 minutes 00 seconds West along Lot 11 for a distance of one hundred forty and 11/100 (140.11) feet to the Northerly line of Medley Lane;

THENCE   Northerly and Westerly along the Northerly line of Medley Lane in an arc, the radius of which is fifty (50) feet, for a distance of sixty and 13/100 (60.13) feet to a monument; and

THENCE   continuing in an arc, the radius of which is one hundred (100) feet, for a distance of sixteen and 52/100 (16.52) feet to the point or place of beginning.

This Commitment is invalid unless the Insuring Provisions and Schedules A and B are attached.

Form No. 91-88(B -2) 035-1-088-0004/1

```
5722SS1 V5R2M0 020719           Print Key Output
                                         BRANFORD          02/18/05   16:05:18   Page   1

Display Device . . . . . . :  REGISTER2
User . . . . . . . . . . . :  CHARLENE

2/18/05     List #   9228   Type R   Year 2003   00       2/18/2005              BRANFORD
16:05:14                    Phase                                                TXA09BF
Comment
Name 1      VON HOFE HAROLD E + KATHLEEN M          Bank Code Amt Due As of Int Dte
Name 2      (SUR)                                             Tax       1672.21
Address     32 MEDLEY LA                                    + Int         50.17
                                                            + Pen           .00
            BRANFORD                  CT 06405 - 0000       + Lien          .00
Property    32 MEDLEY LA                                    = Due       1722.38
G05/000/005/00009
Total Due   3344.42  - Total Pmts           1672.21  - Unposted Pmt         .00
1st Due     1672.21    Interest Paid                 = Remain.Prin.     1672.21
2nd Due     1672.21    Payment Date      7/16/2004

Gross       139,700         Exemptions                    Net       139,700
                            ProRated Date
                                                    Status Codes
                                                    Suspense Cd/Date


F7=Payment F8=T      F9=History F10=C/C History F11=Print Options F12=Return
                                                               F13=Change Int Date
```

FORM 174 CONNECTICUT - WARRANTY DEED - SURVIVORSHIP

*1850*

## VOL308PAGE 125 

### To all People to Whom these Presents shall Come, Greeting:

**Know Ye, That** We, RONALD E. MASSEY and BARBARA H. MASSEY, husband and wife, both of the Town of Branford, County of New Haven and State of Connecticut

for the consideration of ONE DOLLAR AND OTHER VALUABLE CONSIDERATIONS

received to our full satisfaction of HAROLD H. VON HOFE and LENORE VON HOFE

of the Town of Beverly Hills, County of Los Angeles and State of California

do give, grant, bargain, sell and confirm unto the said HAROLD H. VON HOFE and LENORE VON HOFE

and unto the survivor of them, and unto such survivor's heirs and assigns forever an undivided one-half interest in and to that certain piece or parcel of land, with the building and all other improvements now or hereafter placed thereon, situated in the Town of Branford, in the County of New Haven and State of Connecticut, known as Lot 10 on a Map entitled "Proposed Subdivision Ben Medley-Developer, owned by Ben and Wilma Medley, Scale 1" = 50', dated Nov. 3, 1954, W. F. Smith, Registered Surveyor" on file in the Branford Town Clerk's Office, and bounded and described as follows:

BEGINNING at a point on the Northerly line of Medley Lane, distant sixteen and 52/100 (16.52) feet Northwest of a monument;
THENCE North 40 degrees 33 minutes 40 seconds East along Lot 9, a distance of two hundred ninety-five and 48/100 (295.48) feet to a point at land now or formerly of The Branford Steam Railroad Company;
THENCE South 3 degrees 40 minutes 20 seconds West along land now or formerly of The Branford Steam Railroad Company, a distance of two hundred twelve and 13/100 (212.13) feet to a point;
THENCE continuing in substantially the same direction in an arc, the radius of which is one thousand nine hundred twenty-five and 08/100 (1925.08) feet, for a distance of ninety-eight and 34/100 (98.34) feet;
THENCE North 80 degrees 00 minutes 00 seconds West along Lot 11 for a distance of one hundred forty and 11/100 (140.11) feet to the Northerly line of Medley Lane;
THENCE Northerly and Westerly along the Northerly line of Medley Lane in an arc, the radius of which is fifty (50) feet, for a distance of sixty and 13/100 (60.13) feet to a monument; and
THENCE continuing in an arc, the radius of which is one hundred (100) feet, for a distance of sixteen and 52/100 (16.52) feet to the point or place of beginning.

Said premises are subject to certain restrictions contained in the Warranty deed from The Alden M. Young Company to Richard G. Newton dated July 12, 1946, and recorded in Volume 121 on Page 93 of the Branford Land Records, except as the same have been modified by an Agreement made by and between Park Acres, Incorporated, Ben S. Medley and William L. Meffert, Jr., doing business as Meffert Lumber Company, and The Alden M. Young Company dated March 8, 1951, and recorded in Volume 134 on Page 541 of said Land Records.

Said premises are also subject to a grant in favor of Connecticut Light and Power Company by deed from Ben S. Medley and Wilma Medley dated January 24, 1954 and recorded in Volume 150 on Page 103 of said Land Records.

Said premises are subject to building lines, if established, all laws, ordinances and governmental regulations including building and zoning regulations and taxes on the List of 1978 and sewer assessments, if any, which taxes and sewer assessments the grantees herein assume and agree to pay as a part of the consideration for this deed.

*$ 37.40 ---- Conveyance Tax received thirty-seven and 40/100 dollars*
*[signature] Town Clerk of Branford Ass't.*

**VOL 308 PAGE** 826

**To Have and to Hold** the above granted and bargained premises, with the appurtenances thereof, unto them the said grantees, and unto the survivor of them, and unto such survivor's heirs and assigns forever, to them and their own proper use and behoof.

**And also,** We the said grantors    do    for ourselves,   our    heirs, executors, administrators, and assigns, covenant with the said grantees and with the survivor of them, and with such survivor's heirs and assigns, that at and until the ensealing of these presents    we are    well seized of the premises, as a good indefeasible estate in FEE SIMPLE; and    have    good right to bargain and sell the same in manner and form as is above written; and that the same is free from all incumbrances whatsoever, except as hereinbefore mentioned.

**And Furthermore,** We    the said grantors   do    by these presents bind ourselves    and    our    heirs, and assigns forever to WARRANT AND DEFEND the above granted and bargained premises to them the said grantees, and to the survivor of them and to such survivor's heirs and assigns, against all claims and demands whatsoever, except as hereinbefore mentioned.

**In Witness Whereof,** We    have hereunto set   our   hands   and seals this    18th    day of    June    in the year of our Lord nineteen hundred and seventy-nine.
Signed, Sealed and Delivered in presence of

_____    _____
Frank W. Dumark                Ronald E. Massey

_____    _____
Richard W. Kahl                Barbara H. Massey

**State of Connecticut,**  } SS.  Branford
**County of** NEW HAVEN

On this the    18th    day of    June    , 19 79, before me,
FRANK J. DUMARK                , the undersigned officer, personally appeared
      RONALD E. MASSEY and BARBARA H. MASSEY
                known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument and acknowledged that    they executed the same for the purposes therein contained, as    their free act and deed.

**In Witness Whereof,**    I hereunto set my hand and official seal.

RECEIVED FOR RECORD June 29, 19 79
At 10 h 02 m A. M. AND RECORDED BY          _____
  PETER ABLONDI                                 Frank J. Dumark
                    TOWN CLERK                  Commissioner of the Superior Court
                                                   Title of Officer

**State of Connecticut,**  } SS.
**County of**

On this the            day of                , 19   , before me,
                                 the undersigned officer, personally appeared
                   who acknowledged himself to be the
of                        , a corporation, and that he as such    ,
being authorized so to do, executed the foregoing instrument for the purposes therein contained, by signing the name of the corporation by himself as

**In Witness Whereof,**    I hereunto set my hand and official seal.

_____
                                                   Title of Officer

Latest address of Grantee:

No. and Street 12733 Mulholland Drive

City Beverly Hills

State California    Zip 90210

FORM 174 CONNECTICUT - WARRANTY DEED - SURVIVORSHIP                                    1851

## VOL308PAGE 527

**To all People to Whom these Presents shall Come, Greeting:**

**Know Ye, That** We, RONALD E. MASSEY and BARBARA H. MASSEY, husband and wife, both of the Town of Branford, County of New Haven and State of Connecticut

for the consideration of ONE DOLLAR AND OTHER VALUABLE CONSIDERATIONS

received to our full satisfaction of HAROLD E. VON HOFE and KATHLEEN M. VON HOFE of the Town of West Haven, County of New Haven and State of Connecticut

do give, grant, bargain, sell and confirm unto the said HAROLD E. VON HOFE and KATHLEEN M. VON HOFE

and unto the survivor of them, and unto such survivor's heirs and assigns forever an undivided one-half interest in and to that certain piece or parcel of land, with the building and all other improvements now or hereafter placed thereon, situated in the Town of Branford, in the County of New Haven, and State of Connecticut, known as Lot 10 on a Map entitled "Proposed Subdivision Ben Medley-Developer, owned by Ben and Wilma Medley, Scale 1" = 50', dated Nov. 3, 1954, W. F. Smith, Registered Surveyor" on file in the Branford Town Clerk's Office, and bounded and described as follows:

BEGINNING at a point on the Northerly line of Medley Lane, distant sixteen and 52/100 (16.52) feet Northwest of a monument;

THENCE North 40 degrees 33 minutes 40 seconds East along Lot 9, a distance of two hundred ninety-five and 48/100 (295.48) feet to a point at land now or formerly of The Branford Steam Railroad Company;

THENCE South 3 degrees 40 minutes 20 seconds West along land now or formerly of The Branford Steam Railroad Company, a distance of two hundred twelve and 13/100 (212.13) feet to a point;

THENCE continuing in substantially the same direction in an arc, the radius of which is one thousand nine hundred twenty-five and 08/100 (1925.08) feet, for a distance of ninety-eight and 34/100 (98.34) feet;

THENCE North 80 degrees 00 minutes 00 seconds West along Lot 11 for a distance of one hundred forty and 11/100 (140.11) feet to the Northerly line of Medley Lane;

THENCE Northerly and Westerly along the Northerly line of Medley Lane in an arc, the radius of which is fifty (50) feet, for a distance of sixty and 13/100 (60.13) feet to a monument; and

THENCE continuing in an arc, the radius of which is one hundred (100) feet, for a distance of sixteen and 52/100 (16.52) feet to the point or place of beginning.

Said premises are subject to certain restrictions contained in the Warranty deed from The Alden M. Young Company to Richard G. Newton dated July 12, 1946, and recorded in Volume 121 on Page 93 of the Branford Land Records, except as the same have been modified by an Agreement made by and between Park Acres, Incorporated, Ben S. Medley and William L. Meffert, Jr., doing business as Meffert Lumber Company and The Alden M. Young Company dated March 8, 1951, and recorded in Volume 134 on Page 541 of said Land Records.

Said premises are also subject to a grant in favor of Connecticut Light and Power Company by deed from Ben S. Medley and Wilma Medley dated January 24, 1954 and recorded in Volume 150 on Page 103 of said Land Records.

Said premises are subject to building lines, if established, all laws, ordinances and governmental regulations including building and zoning regulations and taxes on the List of 1978 and sewer assessments, if any, which taxes and sewer assessments the grantees herein assume and agree to pay as a part of the consideration for this deed.

*(Left margin:)* $37.40 --- Conveyance Tax received Thirty-seven and 40/100 dollars [signature] Ass't Town Clerk of Branford

VOL 308 PAGE 828

**To Have and to Hold** the above granted and bargained premises, with the appurtenances thereof, unto them the said grantees, and unto the survivor of them, and unto such survivor's heirs and assigns forever, to them and their own proper use and behoof.

**And also,** We the said grantors do for Ourselves, our heirs, executors, administrators, and assigns, covenant with the said grantees and with the survivor of them, and with such survivor's heirs and assigns, that at and until the ensealing of these presents we are well seized of the premises, as a good indefeasible estate in FEE SIMPLE; and have good right to bargain and sell the same in manner and form as is above written; and that the same is free from all incumbrances whatsoever, except as hereinbefore mentioned.

**And Furthermore,** We the said grantors do by these presents bind ourselves and our heirs, and assigns forever to WARRANT AND DEFEND the above granted and bargained premises to them the said grantees, and to the survivor of them and to such survivor's heirs and assigns, against all claims and demands whatsoever, except as hereinbefore mentioned.

**In Witness Whereof,** We have hereunto set our hands and seals this 18th day of June in the year of our Lord nineteen hundred and seventy-nine.

Signed, Sealed and Delivered in presence of

_____    _____
Frank J. Dumark                    Ronald E. Massey

_____    _____
Richard W. Kahl                    Barbara H. Massey

**State of Connecticut,**
**County of** NEW HAVEN        } SS. Branford

On this the 18th day of June 19 79, before me, FRANK J. DUMARK, the undersigned officer, personally appeared RONALD E. MASSEY and BARBARA H. MASSEY known to me (or satisfactorily proven) to be the persons whose names are subscribed to the within instrument and acknowledged that they executed the same for the purposes therein contained, as their free act and deed.

**In Witness Whereof,** I hereunto set my hand and official seal.

RECEIVED FOR RECORD June 29, 19 79
At 10 h 04 m A M. AND RECORDED BY
PETER ABLONDI
                TOWN CLERK

_____
Frank J. Dumark
Commissioner of the Superior Court
Title of Officer

FORM 167—CONNECTICUT QUIT CLAIM DEED—SURVIVORSHIP 

VOL313PAGE 398

## To all People to Whom these Presents shall Come, Greeting:

Know Ye, That we, Harold E. vonHofe and Kathleen M. vonHofe, husband and wife, both of the Town of Branford, County of New Haven, State of Connecticut

for the consideration of One Dollar and other valuable considerations, but less than One Hundred Dollars

received to our full satisfaction of Harold H. vonHofe and Lenore vonHofe, husband and wife, both of the Town of Beverly Hills, County of Los Angeles, State of California

do remise, release, and forever QUIT CLAIM unto the said Harold H. vonHofe and Lenore vonHofe

and unto the survivor of them, and unto the heirs and assigns of the survivor of them forever, all such right, title, interest, claim and demand whatsoever as we the said

Releasor s have or ought to have in or to all that certain piece or parcel of land, with the buildings and all other improvements now or hereafter placed thereon, situated in the Town of Branford, in the County of New Haven and State of Connecticut, known as Lot 10 on a Map entitled "Proposed Sub-division Ben Medley-Developer, owned by Ben and Wilma Medley, Scale 1" = 50', dated Nov. 3, 1954, W. F. Smith, Registered Surveyor" on file in the Branford Town Clerk's Office, and bounded and described as follows:

Beginning at a point on the Northerly line of Medley Lane, distant sixteen and 52/100 (16.52) feet Northwest of a monument;

THENCE   North 40 degrees 33 minutes 40 seconds East along Lot 9, a distance of two hundred ninety-five and 48/100 (295.48) feet to a point at land now or formerly of The Branford Steam Railroad Company;

THENCE   South 3 degrees 40 minutes 20 seconds West along land now or formerly of The Branford Steam Railroad Company, a distance of two hundred twelve and 13/100 (212.13) feet to a point;

THENCE   continuing in substantially the same direction in an arc, the radius of which is one thousand nine hundred twenty-five and 08/100 (1925.08) feet, for a distance of ninety-eight and 34/100 (98.34) feet;

THENCE   North 80 degrees 00 minutes 00 seconds West along Lot 11 for a distance of one hundred forty and 11/100 (140.11) feet to the Northerly line of Medley Lane;

THENCE   Northerly and Westerly along the Northerly line of Medley Lane in an arc, the radius of which is fifty (50) feet, for a distance of sixty and 13/100 (60.13) feet to a monument; and

THENCE   continuing in an arc, the radius of which is one hundred (100) feet, for a distance of sixteen and 52/100 (16.52) feet to the point or place of beginning.

Said premises are subject to certain restrictions contained in the warranty deed from The Alden M. Young Company to Richard G. Newton dated July 12, 1946, and recorded in Volume 121 on Page 93 of the Branford Land Records, except as the same have been modified by an Agreement made by and between Park Acres, Incorporated, Ben S. Medley and William L. Meffert, Jr., doing business as Meffert Lumber Company, and the Alden M. Young Company dated March 8, 1951, and recorded in Volume 134 on Page 541 of said Land Records.

Said premises are also subject to a grant in favor of Connecticut Light and Power Company by deed from Ben S. Medley and Wilma Medley dated January 24, 1954 and recorded in Volume 150 on Page 103 of said Land Records.

**VOL 313 PAGE 399**

Said premises are subject to building lines, if established, all laws, ordinances and governmental regulations including building and zoning regulations and taxes on the List of 1978 and sewer assessments, if any, which taxes and sewer assessments the grantees herein assume and agree to pay as part of the consideration for this deed.

**To Have and to Hold** the premises, with the appurtenances thereof, unto them the said Releasees, and unto the survivor of them, and unto such survivor's heirs and assigns forever, to them and their own proper use and behoof, so that neither  we  the said Releasor s

nor any other person or persons in  our  name and behalf, shall or will hereafter claim or demand any right or title to the premises or any part thereof, but they and every one of them shall by these presents be excluded and forever barred.

**In Witness Whereof,**  we  have hereunto set our  hand s  and seal s this  31st  day of  October  A. D. 19 79.

Signed, Sealed and Delivered in Presence of:

James R. Etter                                  Harold H. vonHofe

Richard W. Kahl                                 Kathleen M. vonHofe

**State of Connecticut,**          } SS. Branford
**County of** New Haven,

On this the  31st  day of  October  , 19 79 , before me, Richard W. Kahl  , the undersigned officer, personally appeared Harold H. vonHofe and Kathleen M. vonHofe  known to me (or satisfactorily proven) to be the person s whose name s are subscribed to the within instrument and acknowledged that t hey executed the same for the purposes therein contained, as t heir free act and deed.

**In Witness Whereof,**  I hereunto set my hand and official seal.

Richard W. Kahl
Commissioner of the Superior Court

*Latest address of Grantee:*                    Title of Officer
No. and Street 12733 Mulholland Drive           RECEIVED FOR RECORD Nov 13 1979
City Beverly Hills                              At 10 h 25 m A M. AND RECORDED BY
State California          Zip                   PETER ABLONDI         TOWN CLERK

VOL412PAGE 283      4467

E A S E M E N T

KNOW ALL MEN BY THESE PRESENTS THAT we, HAROLD M. VON HOFE and LENORE VON HOFE, of the Town of Branford, County of New Haven and State of Connecticut, hereinafter referred to as "Grantor" for the consideration of ONE ($1.00) DOLLAR and other valuable considerations, receipt of which is hereby acknowledged, received to my full satisfaction of the TOWN OF BRANFORD SEWER AUTHORITY, A Municipal Authority organized pursuant to the General Statutes of the State of Connecticut, Revision of 1958, Chapter 103, hereinafter referred to as "Grantee" do hereby give, grant, bargain, sell and confirm unto the said Town of Branford Sewer Authority, its successors and assigns forever, the right, privilege and authority to perpetually maintain a permanent easement and right of way for a sanitary sewer line, including the right to lay, maintain, operate, construct, alter, repair and replace the same in and through a strip of land owned by the Grantor, and more particularly bounded and described on Schedule A annexed hereto and made a part hereof.

VOL 412 PAGE 284

The Grantor does also perpetually grant the right to enter upon the land within said permanent easement for the purpose of construction, servicing, repairing or replacing said sewer line.

The aforesaid consideration shall include compensation for all crops, trees or any other permanent losses occassioned by the construction of said sewer line.

The Grantee agrees for itself and its successors and assigns, to restore the land with said Easement to as nearly its present condition as is possible commensurate with the above provided use of the land and similarly to restore the land at any time that it is necessary to disturb the surface thereon in connection with servicing, repairing or replacing said sewer line.

The Grantor herein reserves the right to himself, his heirs and assigns, to continue to use the land within which the aforesaid said Easement has been granted for any uses and purposes which are commensurate with the use thereof by the Grantee in fulfilling the purpose for which the Easement is granted.

TO HAVE AND TO HOLD the above granted, rights, privileges and authority unto the said Grantee and unto its successors and assigns, for the terms stated hereinabove to its own proper use and behoof.

IN WITNESS WHEREOF, said Harold H. Von Hofe and Lenore Von Hofe, have hereunto set their hand and seal this 10th day of November, 1986.

Signed, sealed and delivered
in the presence of:

_____         _____
                                        HAROLD H. VON HOFE

_____         _____
                                        LENORE VON HOFE

STATE OF CONNECTICUT )
                     ) ss: Branford
COUNTY OF NEW HAVEN  )

Personally appeared Harold H. Von Hofe and Lenore Von Hofe, signers and sealers of the foregoing instrument and acknowledged the same to be their free act and deed, before me.

_____

(Individual)
STATE OF CALIFORNIA
COUNTY OF Los Angeles } ss.
On 11/10/86
before me, the undersigned, a Notary Public in and for said State, personally appeared
Harold H. Von Hofe and Lenore Von Hofe
to be the person S whose name S _____ subscribed
to the within instrument and acknowledged that they
executed the same.
WITNESS my hand and official seal.

Signature Faith Isaacs
Name (Typed or Printed) Faith Isaacs

OFFICIAL SEAL
FAITH ISAACS
Notary Public-California
Principal Office in
Los Angeles County
My Comm. Exp. May 8, 1987

FORM 167—CONNECTICUT QUIT CLAIM DEED  **VOL 460 PAGE 522**    2302

# To all People to Whom these Presents shall Come, Greeting:

**Know Ye, That** we, Harold H. vonHofe and Lenore vonHofe, both of the Town of Beverly Hills, County of Los Angeles, State of California

for the consideration of One Dollar and other valuable considerations, but less than One Hundred Dollars

received to our full satisfaction of Harold E. vonHofe and Kathleen M. vonHofe, both of the Town of Branford, County of New Haven, State of Connecticut

do remise, release, and forever QUIT CLAIM unto the said Harold E. vonHofe and Kathleen M. vonHofe

"No Conveyance Tax collected

*Mason C. Janey*

Asst. Town Clerk of Branford"

and unto the survivor of them, and unto the heirs and assigns of the survivor of them forever, an undivided one-half interest in and to all such                                    we           the said right, title, interest, claim and demand whatsoever as

Releasors have or ought to have in or to all that certain piece or parcel of land, with the buildings and all other improvements now or hereafter placed thereon, situated in the Town of Branford, County of New Haven, State of Connecticut, known as Lot 10 on a Map entitled "Proposed Sub-division Ben Medley-Developer, owned by Ben and Wilma Medley, Scale 1" = 50', dated Nov. 3, 1954, W. F. Smith, Registered Surveyor" on file in the Branford Town Clerk's Office, and bounded and described as follows:

Beginning at a point on the Northerly line of Medley Lane, distant 16.52 feet Northwest of a monument; thence North 40 degrees 33 minutes 40 seconds East along Lot 9, a distance of 295.48 feet to a point at land now or formerly of The Branford Steam Railroad Company; thence South 3 degrees 40 minutes 20 seconds West along land now or formerly of The Branford Steam Railroad Company, a distance of 212.13 feet to a point; thence continuing in substantially the same direction in an arc, the radius of which is 1,925.08 feet, for a distance of 98.34 feet; thence North 80 degrees 00 minutes 00 seconds West along Lot 11 for a distance of 140.11 feet to the Northerly line of Medley Lane; thence Northerly and Westerly along the Northerly line of Medley Lane in an arc, the radius of which is 50.00 feet, for a distance of 60.13 feet to a monument; and thence continuing in an arc the radius of which is 100.00 feet, for a distance of 16.52 feet to the point or place of beginning.

Said premises are subject to certain restrictions contained in a warranty deed from The Alden M. Young Company to Richard G. Newton dated July 12, 1946 and recorded in Volume 121 on Page 93 of the Branford Land Records, except as the same have been modified by an Agreement made by and between Park Acres, Incorporated, Ben S. Medley and William L. Meffert, Jr., doing business as Meffert Lumber Company and the Alden M. Young Company dated March 8, 1951 and recorded in Volume 134 on Page 541 of said Land Records.

Said premises are also subject to a grant in favor of Connecticut Light and Power Company by deed from Ben S. Medley and Wilma Medley dated January 24, 1954 and recorded in Volume 150 on Page 103 of said Land Records.

Said premises are subject to any and all provisions of any ordinance, municipal regulation, public or private law; sewer assessments, if any; and taxes on the list of 1987 and thereafter, which taxes the grantees herein assume and agree to pay as part of the consideration for this deed.

VOL460PAGE 523

**To Have and to Hold** the premises, with the appurtenances thereof, unto them the said Releasees, and unto the survivor of them, and unto such survivor's heirs and assigns forever, to them and their own proper use and behoof, so that neither    we    the said Releasor s

nor any other person or persons in    our    name and behalf, shall or will hereafter claim or demand any right or title to the premises or any part thereof, but they and every one of them shall by these presents be excluded and forever barred.

**In Witness Whereof,**    we have hereunto set    our    hand s    and seal this    3rd    day of    October    A. D. 19 88.

Signed, Sealed and Delivered in Presence of:

_____    _____
Joan Sternat                Harold H. vonHofe
_____    _____
Jane S. Wolfson             Lenore vonHofe

                    CALIFORNIA
State of ~~Connecticut~~                SS.  Los Angeles
County of    Los Angeles

On this the    3rd    day of    October    , 19 88 , before me, Pilar Asgari    , the undersigned officer, personally appeared Harold H. vonHofe and Lenore vonHofe

known to me (or satisfactorily proven) to be the persons whose name s are subscribed to the within instrument and acknowledged that t he y executed the same for the purposes therein contained,. as t heir free act and deed.

**In Witness Whereof,**    I hereunto set my hand and official seal.

                            _____
                            Pilar Asgari

Latest address of Grantee:
No. and Street  32 Medley Lane
City            Branford
State           Ct.        Zip   06405

Title of Officer
Pilar Asgari
NOTARY PUBLIC-CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY
My Commission Expires Feb. 6, 1992

RECEIVED FOR RECORD
at 3:01 P.M. AND RECORDED BY
RONALD E. JONES TOWN CLERK

VOL. 669 PAGE 278

1054

QUIT-CLAIM DEED

Harold E. von Hofe and Kathleen M. von Hofe, holders of a 50% undivided interest as husband and wife, tenants by the entirety and Harold H. von Hofe and Lenore C. von Hofe, holders of a 50% undivided interest as husband and wife, tenants by the entirety all as joint tenants with each other of 32 Medley Lane, Town of Branford, County of New Haven, State of Connecticut with

Quit-Claim Covenants

for consideration paid, and in full consideration of less than One Hundred Dollars

Grant to Harold E. von Hofe and Kathleen M. von Hofe, a 100% undivided interest as husband and wife, tenants by the entirety with each other of 32 Medley Lane, Town of Branford, County of New Haven, State of Connecticut and unto the survivor of them and unto the heirs and assigns of the survivor of them forever

We the said Releasors have or ought to have in or to all that certain piece or parcel of land, with the buildings and all other improvements now or hereafter placed thereon, situated in the town of Branford, County of New Haven, State of Connecticut, known as Lot 10 on a Map entitled "Proposed Sub-division Ben Medley-developer, owned by Ben and Wilma Medley, Scale 1" = 50', dated Nov. 3, 1954, W.F. Smith, Registered Surveyor" on file in the Branford Town Clerk's office, and bounded and described as follows:

Beginning at a point on the Northerly line of Medley Lane, distant 16.52 feet northwest of a monument; thence North 40 ddegrees 33 minutes 40 seconds East along Lot 9, a distance of 295.48 feet to a point at land now or formerly of the Branford Steam Railroad Company; thence South 3 degrees 40 minutes 20 seconds West along land now or formerly of the Branford Steam RAilroad Company, a distance of 212.13 feet to a point; thence continuing in substantially the same direction in an arc, the radius of which is 1,925.08 feet, for a distance of 98.34 feet; thence North 80 degrees 00 minutes 00 seconds West along Lot 11 for a distance of 140.11 feet to the Northerly line of Medley Lane; thence Northerly and Westerly along the Northerly line of Medley Lane in an arc, the radius of which is 50.00 feet, for a distance of 60.13 feet to a monument; and thence continuing in an arc the radius of which is 100.00 feet, for a distance of 16.52 feet to the point of place of beginning.

Said premises are subject to certain restric tions contained in a warranty deed from the Alden M. Young Company to Richard G. Newton dated July 12, 1946 and recorded in Volume 121 on Page 93 of the Branford Land Records, except as the same have been modified by an Agreement made by and between Park Acres, Incorporated, Ben S. Medley and William L. Meffert, Jr., doing business as Meffert Lumber Company and the Alden M. Young Company dated March 8, 1951 and recorded in Volume 134 on Page 541 of said Land Records.

Said premises are also subject to a grant in favor of Connecticut Light and Power Company by deed from Ben S. Medley and Wilma Medley dated January 24, 1954 and recorded in volume 150 and on Page 103 of said Land Records.

Said premises are subject to any and all provisions of any ordinance, municipal regulation, public or private law; sewer assessments, if any; and taxes on the list of 1987 and thereafter, which taxes the grantees herein assume and agree to pay as part of the consideration for this deed.

TO HAVE AND TO HOLD the premises, with the appurtenances thereof, unto them the said Releasees, and unto the survivor of them, and unto such survivor's heirs and assigns forever, to them and the own proper use and behoof, so that neither we the said Releasors nor any other person or persons in our name and behalf, shall or will hereafter claim or demand any right or title to the premises or any part thereof, but they and every one of them shall by these presents be excluded and forever barred.

"No Conveyance Tax collected

*Jane F. Ross, Asst.*

Town Clerk of Branford"

VOL. 669 PAGE 279

SIGNED THIS 15th day of JANUARY, 1998       *[signature]*
                                            Harold H. von Hofe
Witnessed by: *[signature]*                 *[signature]*
Anelca Amirian                              Lenore C. von Hofe

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES  SS.:

The foregoing instrument was acknowledged before me this 15th DAY OF JANUARY 1998 by

*[signature]*

*[notary stamp: MOUNIR A. DXAB, Commission # 1149811, Notary Public - California, Los Angeles County, My Comm. Expires Aug 3, 2001]*

SIGNED THIS     day of 16th, 1999         *[signature]*
                                           Harold E. von Hofe
Witnessed by:                              *[signature]*
                                           Kathleen M. von Hofe

STATE OF CONNECTICUT, COUNTY OF NEW HAVEN  SS.: Branford

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 16th DAY OF January 1999 by

*[signature]*

My Commission Expires Aug. 31, 2002

RECEIVED FOR RECORD Feb. 17 1999
at 9 h 17 m A M, AND RECORDED BY
GEORGETTE A. LASKE
BRANFORD TOWN CLERK

Received for Record Feb 17 1999 at 9 h 17 m A M., and recorded in Vol. 669 on Page 278-279 of Branford Land Records.

*[signature]* Georgette G. Laske
Town Clerk

Harold Von Hofe
32 Medley La
Branford.

VOL. 748 PAGE 1034          16 76

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil No. |
| ONE PARCEL OF PROPERTY : | |
| LOCATED AT 32 MEDLEY LANE, : | **301CV02290 JCH** |
| BRANFORD, CONNECTICUT, : | |
| WITH ALL APPURTENANCES AND : | |
| IMPROVEMENTS THEREON, AND : | |
| Defendant. : | |
| [CLAIMANTS: HAROLD E. VON HOFE, : | |
| AND KATHLEEN M. VON HOFE] : | |

## LIS PENDENS

NOTICE is hereby given of the pendency of a civil action brought by the plaintiff against the above-named property by a Verified Complaint of Forfeiture filed with the Clerk of the United States District Court in and for the District of Connecticut, which action was brought for the forfeiture of the defendant property pursuant to 21 U.S.C. § 881(a)(7). The defendant property being forfeited is described in Exhibit A attached hereto and made a part hereof.

The record owners of the defendant property are Harold von Hofe and Kathleen von Hofe. Claimants to the defendant property must file their statement of interests within thirty (30) days of notice of this action pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims, and must answer or otherwise respond to the complaint within twenty (20) days of the filing of the claim.

VOL. 748 PAGE 1035

Dated at New Haven, Connecticut, this 6th day of December, 2001.

UNITED STATES OF AMERICA,

JOHN A. DANAHER III
UNITED STATES ATTORNEY

*/s/ D. X. Sulli[van]*

DAVID X. SULLIVAN
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct03793