Said note further provides that if any such monthly payment shall remain in arrears and unpaid ten days after the date when the same shall become due as aforesaid, or if any breach or violation of any of the covenants, agreements, provisions or conditions in the mortgage deed securing said note shall occur and remain uncorrected for a period of ten days, then, and in any such event, the unpaid principal of said note, together with the unpaid interest thereon, shall immediately at any time thereafter at the option of the Grantee or the holder of said note become due and payable without the necessity for any demand or notice.

Said note further provides that the Grantor s, at the option of the Grantor s, may prepay on the .15th.......... day of any month any part or all of the principal sum then unpaid, subject to the qualification, however, that no such partial prepayment of said principal sum shall in any way release, discharge or affect the obligation of the Grantor s to continue to make monthly payments in the amount hereinbefore set forth on the 15th......... day of each month thereafter until the balance of said principal sum and interest have been paid in full and provided further that any such prepayment, if made before .......July 15............., 19.84, shall be accompanied by an additional amount equal to five (5).......% of the amount of the principal sum so prepaid as a consideration for the privilege of making such prepayment.

Now, Therefore, if said note shall be well and truly paid according to its tenor, and if all covenants, agreements and provisions herein and in the note secured hereby are fully kept and performed, then this deed shall be void; otherwise to remain in full force and effect.

Signed, Sealed and delivered in the presence of:

Marilyn Styne                              Harold H. VonHofe
Lynn M. Ponikvar                           Lenore VonHofe
Signed, Sealed and Delivered in the Presence of:
                                           ..................................................(SEAL)
Guy R. Mangs                               Harold E. VonHofe
                                           ..................................................(SEAL)
Virginia M. McNeil                         Kathleen M. VonHofe

STATE OF ~~CONNECTICUT~~ CALIFORNIA  )      Beverly Hills
COUNTY OF ~~NEW HAVEN~~ LOS ANGELES  ) ss.  ~~New Haven~~,       June  18     , 19 79

Personally appeared ...Harold H. VonHofe and Lenore VonHofe......................................................,

signer s and sealer s of the foregoing instrument, and acknowledged the same to be    their    free act and deed before me.

OFFICIAL SEAL
LYNN M. PONIKVAR
NOTARY PUBLIC - CALIFORNIA
PRINCIPAL OFFICE IN
LOS ANGELES COUNTY
My Comm. Expires May 19, 1981

                                           Lynn M. Ponikvar
My Commission Expires: May 19, 1981        NOTARY PUBLIC

STATE OF CONNECTICUT ) ss.  Branford                      June  21     , 19 79
COUNTY OF NEW HAVEN  )

Personally appeared ...Harold E. VonHofe and Kathleen M. VonHofe......................................................,

..........................................................xxxfxx..............................................................................,
                                                                       their
~~corporation~~, signer s and sealer s of the foregoing instrument, and acknowledged the same to be ~~his~~ free act and deed ~~as such~~
~~xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxand the free act and deed of said corporation~~ before me.

RECEIVED FOR RECORD June 29 19 79
At 10 h 06 m A M, AND RECORDED BY
PETER ABLONDI
                TOWN CLERK

                                           ~~Notary Public~~
                                           Commissioner of the Superior Court

# MORTGAGE DEED

**FROM**

Harold H. VonHofe, Lenore VonHofe

Harold E. VonHofe, Kathleen M. VonHofe

**TO**

THE NEW HAVEN SAVINGS BANK

Dated ................................ 19......

Received for Record June 29, 19 79
at 10 h 06 m A M, and recorded
in Vol. 308 on Page 829-32
of Branford Land Records.

*[signature]*
Town Clerk

KILPATRICK, KAHL & JOSEPHSON
ATTORNEYS AT LAW
175 MONTOWESE STREET
BRANFORD, CONNECTICUT

IL-013  Rev. 8/93
4032019-7
**Release of Mortgage**

---

# Know all Men by these Presents:

That, THE NEW HAVEN SAVINGS BANK, a corporation legally incorporated by the General Assembly of the State of Connecticut, and located in the Town and County of New Haven in said State, do hereby release and discharge a certain mortgage from   Harold H. vonHofe and Lenore vonHofe and Harold E. vonHofe and Kathleen M. vonHofe

**to**   The New Haven Savings Bank

**dated**   June 21, 1979                                                                and recorded in the Records of the

**Town of**   Branford                        **in the County of**.  New Haven

**and State of Connecticut**    June 29, 1979      , **in Volume**    308    **on page**   829-32

**In Witness Whereof,**  On this    20th    day of    April    A. D. 19 95
The NEW HAVEN SAVINGS BANK has caused its corporate seal to be hereto affixed and this deed to be signed and executed in its behalf by   Kathleen H. MacArthur, Assistant Vice President
who is thereunto duly authorized.

Signed, sealed and delivered
in presence of

Kathryn Piascik
Barbara Maresca

STATE OF CONNECTICUT  } ss. New Haven,
COUNTY OF NEW HAVEN,

THE NEW HAVEN SAVINGS BANK,

by _____
Kathleen H. MacArthur
Assistant Vice President
April 20, 1995

Personally appeared   Kathleen H. MacArthur, Assistant Vice President
of THE NEW HAVEN SAVINGS BANK, signer and sealer of the foregoing instrument and acknowledged the same to be his and its free act and deed before me.

Edmund P. Corden    *Notary Public.*
My Commission Expires March 31, 1999

RECEIVED FOR RECORD May 8, 1995
at 2h 13m P M, AND RECORDED BY
GEORGETTE A. LASKE
BRANFORD TOWN CLERK

```
HAROLD OR KATHLEEN VON HOFE                               770
32 MELLEY LANE                                          51-7029
BRANFORD, CT  06405                    2/21  19 89       2111

PAY TO THE
ORDER OF  — Harold von Hofe —           $ 500.00

five hundred and no/100                          DOLLARS

First Constitution Bank
  New Haven, Connecticut 06510

FOR _____    _____
```

```
HAROLD OR KATHLEEN VON HOFE                               662
32 MEDLEY LANE                                          51-7029
BRANFORD, CT  06405                    1/15  19 89       2111

PAY TO THE
ORDER OF  — Harold von Hofe —           $ 450.00

four hundred and fifty and no/100                DOLLARS

First Constitution Bank
  New Haven, Connecticut 06510

FOR _____    _____
```

```
HAROLD OR KATHLEEN VON HOFE                               636
32 MEDLEY LANE                                          51-7029
BRANFORD, CT  06405                    12/15 19 88       2111

PAY TO THE
ORDER OF  — Harold von Hofe —           $ 450.00

four hundred fifty and no/100                    DOLLARS

First Constitution Bank
  New Haven, Connecticut 06510

FOR _____    _____
```