Check #945 — Harold or Kathleen Von Hofe, 32 Melley Lane, Branford, CT 06405 — Date 8/15/1989 — Pay to the order of Harold Von Hofe — $500.00 — five hundred and no/100 dollars — First Constitution Bank, New Haven, Connecticut 06510

Check #933 — Harold or Kathleen Von Hofe, 32 Melley Lane, Branford, CT 06405 — Date 7/15/1989 — Pay to the order of Harold Von Hofe — $500.00 — five hundred and no/100 dollars — First Constitution Bank, New Haven, Connecticut 06510

Check #921 — Harold or Kathleen Von Hofe, 32 Melley Lane, Branford, CT 06405 — #006-909604 — Date 6/12/1989 — Pay to the order of Harold Von Hofe — $1000.00 — one thousand dollars — First Constitution Bank, New Haven, Connecticut 06510

Check #860 — Harold or Kathleen Von Hofe, 32 Melley Lane, Branford, CT 06405 — Date 5/12/1989 — Pay to the order of Harold Von Hofe — $500.00 — five hundred and no/100 dollars — First Constitution Bank, New Haven, Connecticut 06510

Check #803 — Harold or Kathleen Von Hofe, 32 Melley Lane, Branford, CT 06405 — Date 3/15/1989 — Pay to the order of Harold Von Hofe — $500.00 — five hundred and no/100 dollars — First Constitution Bank, New Haven, Connecticut 06510

**Check 1271**
HAROLD OR KATHLEEN VON HOFE
32 MELLEY LANE
BRANFORD, CT 06405
51-7029/2111
Date: [illegible]/13/19 98
Pay to the order of: Harold Von Hofe — $500.00
Five hundred and no/100 — DOLLARS
First Constitution Bank, New Haven, Connecticut 06510
Stamp: HOME SAVINGS OF AMERICA 006-10
000600257
⑈211170295⑈ 05⑈ 2500 5084 2⑈ 1271 ⑈000005000⑈

**Check 1091**
HAROLD OR KATHLEEN VON HOFE
32 MELLEY LANE
BRANFORD, CT 06405
1091
51-7029/2111
12/15 19 89
Pay to the order of: Harold Von Hofe — $500.00
Five hundred and no/100 — DOLLARS
First Constitution Bank, New Haven, Connecticut 06510
000460133
⑈211170295⑈ 05⑈ 2500 5084 2⑈ 1091 ⑈000005000⑈

**Check 990**
HAROLD OR KATHLEEN VON HOFE
32 MELLEY LANE
BRANFORD, CT 06405
990
51-7029/2111
11/15 19 89
Pay to the order of: Harold Von Hofe — $500.00
Five hundred and no/100 — DOLLARS
First Constitution Bank, New Haven, Connecticut 06510
Stamp: HOME SAVINGS OF AMERICA 006-13
⑈211170295⑈ 05⑈ 2500 5084 2⑈ 0990 ⑈000005000⑈

**Check 1187**
HAROLD OR KATHLEEN VON HOFE
32 MELLEY LANE
BRANFORD, CT 06405
1187
51-7029/2111
10/15 19 89
Pay to the order of: Harold Von Hofe — $500.00
Five hundred and no/100 — DOLLARS
First Constitution Bank, New Haven, Connecticut 06510
Stamp: HOME SAVINGS OF AMERICA 006-07
000550100
⑈211170295⑈ 05⑈ 2500 5084 2⑈ 1187 ⑈000005000⑈

**Check 956**
HAROLD OR KATHLEEN VON HOFE
32 MELLEY LANE
BRANFORD, CT 06405
956
51-7029/2111
9/15 19 89
Pay to the order of: Harold Von Hofe — $500.00
Five hundred and no/100 — DOLLARS
First Constitution Bank, New Haven, Connecticut 06510
006-14
000300215
⑈211170295⑈ 05⑈ 2500 5084 2⑈ 0956 ⑈000005000⑈



## Check 1

HAROLD VON HOFE OR
KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405

51-7029
2111

Pay to the Order of: Harold Von Hofe       $ 600.00

six hundred and no/100 ———— dollars

First Constitution Bank
New Haven, Connecticut 06510

⑆:211170295⑆:05⑆ 25005084 2⑆ 2049 ⑆00000060000⑆

## Check 1599

HAROLD VON HOFE OR
KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405

1599
51-7029
2111

12/15/90

Pay to the Order of: Harold Von Hofe       $ 600.00

six hundred and no/100 ———— dollars

First Constitution Bank
New Haven, Connecticut 06510

000430329

⑆:211170295⑆:05⑆ 25005084 2⑆ 1599 ⑆00000060000⑆

## Check 1999

HAROLD VON HOFE OR
KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405

1999
51-7029
2111

10/15/90

Pay to the Order of: Harold Von Hofe       $ 600.00

six hundred and no/100 ———— dollars

First Constitution Bank
New Haven, Connecticut 06510

⑆:211170295⑆:05⑆ 25005084 2⑆ 1999 ⑆00000060000⑆

## Check 1960

HAROLD VON HOFE OR
KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405

1960
51-7029
2111

9/15/90

Pay to the Order of: Harold Von Hofe       $ 600.00

six hundred and no/100 ———— dollars

First Constitution Bank
New Haven, Connecticut 06510

⑆:211170295⑆:05⑆ 25005084 2⑆ 1960 ⑆00000060000⑆

## Check 1867

HAROLD VON HOFE OR
KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405

1867
51-7029
2111

Pay to the Order of: Harold Von Hofe       $ 600.00

six hundred and no/100 ———— dollars

First Constitution Bank
New Haven, Connecticut 06510