

13



15

HAROLD VON HOFE OR
KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405

006-13

4/17 92

51-7029/2111

Pay to the Order of HAROLD VON HOFE    $ 600.00

Six hundred and no/100 ——— dollars

First Constitution Bank
New Haven, Connecticut 06510

000180251

For _____

⑈ 211170295⑈ 05⧈ 2500 5084 2⧈   2556  ⧈000000 60000⧈

---

HAROLD VON HOFE OR
KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405

HOME SAVINGS
OF AMERICA F.A.
006-27

2976
51-7029/2111

3/15 92

HAROLD VON HOFE    $ 600.00

Six hundred and no/100 ——— dollars

First Constitution Bank
New Haven, Connecticut 06510

000010179

For _____

⑈ 211170295⑈ 05⧈ 2500 5084 2⧈   2976  ⧈000000 60000⧈

---

HAROLD VON HOFE OR
KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405

HOME SAVINGS
OF AMERICA
006-20

2900
51-7029/2111

2/15 92

HAROLD VON HOFE    $ 600.00

Six hundred and no/100 ——— dollars

First Constitution Bank
New Haven, Connecticut 06510

000140375

For _____

⑈ 211170295⑈ 05⧈ 2500 5084 2⧈   2900  ⧈000000 60000⧈

---

HAROLD VON HOFE OR
KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405

HOME SAVINGS
OF AMERICA F.A.
006-28

2858
51-7029/2111

1/9 92

HAROLD VON HOFE    $ 600.00

Six hundred and no/100 ——— dollars

First Constitution Bank
New Haven, Connecticut 06510

000380353

For _____

⑈ 211170295⑈ 05⧈ 2500 5084 2⧈   2858  ⧈000000 60000⧈

---

HAROLD VON HOFE OR
KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405

HOME SAVINGS
OF AMERICA F.A.
006-28

2859
51-7029/2111

1/10 92

HAROLD VON HOFE    $ 600.00

Six hundred and no/100 ——— dollars

First Constitution Bank
New Haven, Connecticut 06510

000380354

For _____

⑈ 211170295⑈ 05⧈ 2500 5084 2⧈   2859  ⧈000000 60000⧈

