**Check 1:**
HAROLD VON HOFE or KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405
No. 0286
Date: 2/15/1993
Pay to the order of: Harold Von Hofe — $600.00
Six hundred and no/100 DOLLARS
FIRST FEDERAL BANK, FSB, Waterbury, CT 06702
Stamp: HOME SAVINGS of AMERICA F.A. 006-28

**Check 2:**
HAROLD VON HOFE or KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405
No. 0238
Date: 6/13/1993 (approx.)
Pay to the order of: Harold Von Hofe — $600.00
Six hundred and no/100 DOLLARS
FIRST FEDERAL BANK, FSB, Waterbury, CT 06702
Stamp: HOME SAVINGS of AMERICA F.A. 006-08

**Check 3:**
HAROLD VON HOFE or KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405
No. 3086
Date: 12/15/1992
Pay to the order of: Harold Von Hofe — $600.00
Six hundred and no/100 DOLLARS
FIRST FEDERAL BANK, FSB, Waterbury, CT 06702
Stamp: HOME SAVINGS of AMERICA 006-13

**Check 4:**
HAROLD VON HOFE or KATHLEEN VON HOFE
32 MEDLEY LANE
BRANFORD, CT 06405
No. 0160
Date: 11/14/1992
Pay to the order of: Harold Von Hofe — $600.00
Six hundred and no/100 DOLLARS
FIRST FEDERAL BANK, FSB, Waterbury, CT 06702
Stamp: HOME SAVINGS of AMERICA 006-23

17

**Check 0437** — Harold Von Hofe & Kathleen Von Hofe, 32 Medley Ln, Branford, CT 06405
Date: 9/15/1993
Pay to the order of: Harold Von Hofe — $800.00
Eight hundred and no/100 dollars
First Federal Bank, FSB, Waterbury, CT 06702
Stamp: Home Savings of America 004-03

**Check 0452**
Date: 8/15/1993
Pay to the order of: Harold Von Hofe — $800.00
Eight hundred and no/100 dollars
First Federal Bank, FSB, Waterbury, CT 06702
Stamp: Home Savings of America 006-?

**Check 0786**
Date: 7/15/1993
Pay to the order of: Harold Von Hofe — $800.00
Eight hundred and no/100 dollars
First Federal Bank, FSB, Waterbury, CT 06702
Stamp: Home Savings of America 006-02

**Check 0637**
Date: 5/15/1993
Pay to the order of: Harold Von Hofe — $750.00
Seven hundred fifty and no/100 dollars
First Federal Bank, FSB, Waterbury, CT 06702
Stamp: Home Savings of America 006-04