

22

**Check 1 (1655):**
HAROLD VON HOFE
KATHLEEN VON HOFE
32 MEDLEY LN
BRANFORD, CT 06405

Date: 2/15/1995
Pay to the order of: Harold von Hofe
$750.00
seven hundred and fifty and 00/100 DOLLARS

First Federal Bank, FSB
Waterbury, CT 06702

Stamp: 006-11

Routing: ⑆211170101⑆ 305255084 2⑈ 1655 ⑈00000 75000⑈

---

**Check 2 (2001):**
HAROLD VON HOFE
KATHLEEN VON HOFE
32 MEDLEY LN
BRANFORD, CT 06405

Date: 10/15/1995
Pay to the order of: Harold von Hofe
$750.00
seven hundred and fifty and 00/100 DOLLARS

First Federal Bank, FSB
Waterbury, CT 06702

Routing: ⑆211170101⑆ 305255084 2⑈ 2001 ⑈00000 75000⑈

---

**Check 3 (1803):**
HAROLD VON HOFE
KATHLEEN VON HOFE
32 MEDLEY LN
BRANFORD, CT 06405

Date: 6/15/1995
Pay to the order of: Harold von Hofe
$750.00
seven hundred and fifty and 00/100 DOLLARS

First Federal Bank, FSB
Waterbury, CT 06702

Stamp: HOME SAVINGS OF AMERICA, FS 006-04

Routing: ⑆211170101⑆ 305255084 2⑈ 1803 ⑈00000 75000⑈

---

**Check 4 (1790):**
HAROLD VON HOFE
KATHLEEN VON HOFE
32 MEDLEY LN
BRANFORD, CT 06405

51-7010/2111 17

Date: 5/15/1995
Pay to the order of: Harold von Hofe
$750.00
seven hundred and fifty and 00/100 DOLLARS

First Federal Bank, FSB
Waterbury, CT 06702

Stamp: HOME SAVINGS OF AMERICA 006-17