23

**HAROLD VON HOFE**
**KATHLEEN VON HOFE**
32 MEDLEY LN
BRANFORD, CT 06405

2270

51-7010/2111  17

4/15 19 96

Pay to the
order of     HAROLD VON HOFE                    $ 750.00

seven hundred and fifty and no/100 ———————     Dollars

**WEBSTER BANK**

Webster Plaza, Waterbury, CT 06702

For

⑆2111701011⑆ 3052550842⑆ 2270 ⑈00000750000⑈

---

**HAROLD VON HOFE**
**KATHLEEN VON HOFE**
32 MEDLEY LN
BRANFORD, CT 06405

2555

51-7010/2111  17

11/15 19 96

Pay to the
order of     HAROLD VON HOFE                    $ 750.00

seven hundred fifty and no/100 ———————     Dollars

**WEBSTER BANK**

Webster Plaza, Waterbury, CT 06702

For

⑆2111701011⑆ 3052550842⑆ 2555 ⑈00000750000⑈

---

**HAROLD VON HOFE**
**KATHLEEN VON HOFE**
32 MEDLEY LN
BRANFORD, CT 06405

1838

51-7010/2111  17

2/15 19 96

PAY TO THE
ORDER OF     HAROLD VON HOFE                    $ 750.00

seven hundred fifty and no/100 ———————     DOLLARS

**FIRST FEDERAL BANK**
First Federal Bank, FSB
Waterbury, CT 06702

FOR

⑆2111701011⑆ 3052550842⑆ 1838 ⑈00000750000⑈