UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUN 13 P 2: 37

U.S. ___ ___ COURT
___ ___ CT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| Plaintiff : | |
| : | |
| v. : | Civil No. 3:01CV2290 (MRK) |
| : | |
| ONE PARCEL OF PROPERTY : | |
| LOCATED AT 32 MEDLEY LANE, : | |
| BRANFORD, CONNECTICUT, WITH : | |
| ALL APPURTENANCES AND : | |
| IMPROVEMENTS THEREON : | |
| : | |
| Defendant. : | |
| : | |
| [CLAIMANTS: HAROLD VON HOFE : | |
| AND KATHLEEN M. VON HOFE] : | |

### DECREE OF FORFEITURE

On December 6, 2001, a Verified Complaint of Forfeiture was filed against the Defendant 32 Medley Lane, Branford, Connecticut with all appurtenances and improvements thereon ("Defendant Property"). The complaint alleges that the Defendant Property was used or intended to be used in some manner or part to commit or to facilitate the commission of a violation of the Controlled Substances Act, 21 U.S.C. §§ 801 et seq., and is, therefore, subject to forfeiture to the United States pursuant to 21 U.S.C. §881(a)(4).

It appearing that process was fully issued in this action and returned according to law;

That on December 10, 2001, Harold von Hofe was personally served by the United States Marshals Service with copies of the verified Complaint of Forfeiture along with the Motion for

Writ of Entry; and

That on December 10, 2001, Kathleen von Hofe was personally served by the United States Marshals Service with copies of the verified Complaint of Forfeiture along with the Motion for Writ of Entry; and

That on December 12, 2001, December 19, 2001 and December 26, 2001 notice of this action was published in the New Haven Register newspaper; and

That on February 15, 2005, a jury in this case returned a verdict in favor of the United States of America finding the Government had proven by a preponderance of the evidence that there was a substantial connection between the Defendant Property and illegal drug activity in violation of federal law punishable by more than one year imprisonment; and

That the jury found that Claimant Kathleen von Hofe failed to prove by the preponderance of the evidence that she was an innocent owner of the Defendant Property; and

That after conducting an Eighth Amendment Excessive Fines Hearing on February 17, 2005, the Court issued a ruling on May 31, 2005 finding that the forfeiture of the Defendant Property was not constitutionally excessive, it is hereby

ORDERED, ADJUDGED AND DECREED that the Defendant Property be forfeited to the United States of America and disposed of according to law.

Dated at New Haven, Connecticut this 13th day of June, 2005.

HONORABLE MARK R. KRAVITZ
UNITED STATES DISTRICT JUDGE

2