UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:01cv02290 (MRK) |
| VS. | |
| ONE PARCEL OF PROPERTY LOCATED AT 32 MEDLEY LANE, BRANFORD, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, AND Defendants [CLAIMANTS: HAROLD E. VON HOFE, AND KATHLEEN M. VON HOFE] | SEPTEMBER 16, 2005 |

## INDEX TO RECORD ON APPEAL

**No. of Pages**

Cert. Copy of Docket Sheet                                            8

**Document No.**

| | |
|---|---|
| Complaint, doc. #1 | 1 |
| Answer to Verified Complaint by Kathleen M. Von Hofe, doc #26 | 2 |
| Answer to Verified Complaint by Harold E. Von Hofe, doc #27 | 3 |
| Demand for Trial by Jury by Kathleen M. Von Hofe, doc #31 | 4 |
| Demand for Trial by Jury by Harold E. Von Hofe, doc #33 | 5 |
| Amended Answer to Complaint by Kathleen M. Von Hofe, doc #43 | 6 |
| Defendants' request to charge by Kathleen M. Von Hofe, doc #44 | 7 |
| Offer of Judge by Harold E Von Hofe, Kathleen M. Von Hofe, doc #46 | 8 |

| | |
|---|---|
| Amendment to Answer to Complaint with Second Special Defense by Harold E. Von Hofe, Doc #49 | 9 |
| Response to Amendment to Answer to Complaint with Second Special Defense by USA, doc #51 | 10 |
| Motion to Determine Whether Forfeiture was Constitutionally Excessive by Harold E. Von Hofe, Kathleen M. Von Hofe, doc #67 | 11 |
| Transcript, doc #70 | 12 |
| Memorandum of Decision, doc #76 | 13 |
| Notice of Appeal, doc #77 | 14 |
| Decree of Forfeiture, doc #78 | 15 |

Respectfully submitted,

THE CLAIMANTS, KATHLEEN M. VON HOFE
HAROLD E. VON HOFE

BY_____
JONATHAN J. EINHORN, ESQ.
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06510
FEDERAL BAR NO. ct00163
203-777-3777

**CERTIFICATION**

    This is to certify that a true and correct copy of the foregoing was mailed, postage prepaid this 16th day of September, 2005 to:

| | |
|---|---|
| David X. Sullivan, Esq.<br>Assistant U.S. Attorney<br>157 Church Street, 23rd Floor<br>New Haven, CT  06510 | James Cirillo, Jr., Esq.<br>500 East Main Street, Suite 326<br>Branford, Connecticut 06405 |

_____
JONATHAN J. EINHORN

Case 3:01-cv-02290-MRK    Document 82    Filed 11/02/2005    Page 3 of 3