

*(handwritten, top right)* CTDC/New Haven
01-CV-2290
Hon. Kravitz

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of June, two thousand and seven.

Before:  Hon. Joseph M. McLaughlin,
         Hon. Richard C. Wesley,
                  *Circuit Judges,*

         Hon. William K. Sessions, III,
                  *District Judge.* *

---

HAROLD E. VON HOFE, KATHLEEN M. VON HOFE,

    *Claimant-Appellants,*

PROPERTY, PARCEL OF, 32 MEDLEY LANE, BRANFORD, CT,

    *Defendant,*             Docket No. 05-2969-cv

    v.

UNITED STATES OF AMERICA,

    *Plaintiff-Appellee.*

---

Appeal from the United States District Court for the District of Connecticut.

This cause came on to be heard on the transcript of record from the United States District Court for the District of Connecticut and was argued by counsel.

On consideration whereof, it is hereby ORDERED, ADJUDGED and DECREED that the judgment of said District Court be and it hereby is AFFIRMED in part, REVERSED and REMANDED in part for further proceedings in accordance with the opinion of this Court.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by *[signature]* Joseph W. Rodriguez
DEPUTY CLERK

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by

*[signature]* Tracy W. Young
Tracy W. Young
Motions Staff Attorney

*[seal]* UNITED STATES COURT OF APPEALS
FILED
JUN 27 2007
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

*The Honorable William K. Sessions, III, Chief Judge of the United States District Court for the District of Vermont, sitting by designation.

ISSUED AS MANDATE:

SEP 1 9 2007