UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:01CV2290 (MRK) |
| | : | |
| ONE PARCEL OF PROPERTY LOCATED AT 32 MEDLEY LANE, BRANFORD, CONNECTICUT, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| [CLAIMANTS: KATHLEEN M. VON HOFE; HAROLD VON HOFE] | : | November 14, 2007 |

MOTION TO EXTEND SETTLEMENT DATE

The plaintiff hereby moves for an extension of time of one week to file closing papers for a settlement which was reported to the Court on October 15, 2007. A Stipulation for Compromise Settlement and a proposed Motion to Amend Decree of Forfeiture and proposed Amended Decree of Forfeiture were forwarded to counsel for the claimants for review on October 29, 2007. Attorney Jonathan Einhorn has reported that he has had the stipulation signed but needs a few days to get the payment ready. At that time, the parties will exchange the signed stipulation for the payment and the United States will file the above-referenced motion. It is

2

anticipated that all documents will be filed with the Court by November 21, 2007.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY

                _____
                JOHN B. HUGHES
                ASSISTANT U.S. ATTORNEY
                P.O. BOX 1824
                NEW HAVEN, CT  06508
                (203) 821-3700
                FEDERAL BAR # ct05289

CERTIFICATION

    This is to certify that a copy of the within and foregoing Motion to Extend Settlement Date was sent via first-class United States mail this 14th day of November, 2007 to:

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

James F. Cirillo, Jr., Esq.
128 Chestnut Street, Floor 2
Branford, CT 06405

                                                 _____
                                                 JOHN B. HUGHES