UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| v. : | Civil No. 3:01CV2290 (MRK) |
| ONE PARCEL OF PROPERTY : LOCATED AT 32 MEDLEY LANE, : BRANFORD, CONNECTICUT, WITH : ALL APPURTENANCES AND : IMPROVEMENTS THEREON, : | |
| Defendant. : | |
| [CLAIMANTS: KATHLEEN M. VON : HOFE; HAROLD VON HOFE] : | November 21, 2007 |

## MOTION TO AMEND DECREE OF FORFEITURE

Pursuant to Rule 55, Federal Rules of Civil Procedure, and Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Plaintiff, United States of America, respectfully moves this Court to Amend the Decree of Forfeiture.

This motion is supported by the previously filed Verified Complaint of Forfeiture, and a Stipulation for Compromise Settlement executed by the parties, filed herewith.

A proposed Amended Decree of Forfeiture is submitted herewith.

                                  Respectfully submitted,

                                  KEVIN J. O'CONNOR
                                UNITED STATES ATTORNEY

                                */s/ John B. Hughes*
                                JOHN B. HUGHES
                                ASSISTANT U.S. ATTORNEY
                                P.O. BOX 1824
                                NEW HAVEN, CT  06508
                                (203) 821-3700
                                FEDERAL BAR # ct05289

## CERTIFICATION

This is to certify that a copy of the within and foregoing Motion to Amend the Decree of Forfeiture was sent via first-class United States mail this _21_ day of November, 2007 to:

Jonathan J. Einhorn, Esq.
412 Orange Street
New Haven, CT 06511

James F. Cirillo, Jr., Esq.
128 Chestnut Street, Floor 2
Branford, CT 06405

_____
JOHN B. HUGHES