### UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.   3:01cv2290 (MRK) |
| | : | |
| | : | |
| ONE PARCEL OF PROPERTY | : | |
| LOCATED AT 32 MEDLEY LANE, | : | |
| BRANFORD, CONNECTICUT, | : | |
| WITH ALL APPURTENANCES AND | : | |
| IMPROVEMENTS THEREON, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| [CLAIMANTS: HAROLD E. VON HOFE | : | |
| AND KATHLEEN M. VON HOFE] | : | |

### AMENDED DECREE OF FORFEITURE

On December 6, 2001, a Verified Complaint of Forfeiture was filed against the Defendant 32 Medley Lane, Branford, Connecticut with all appurtenances and improvements thereon ("Defendant Property"). The Complaint alleges that the Defendant Property was used or intended to be used in some manner or part to commit or to facilitate the commission of a violation of the Controlled Substances Act, 21 U.S.C. $5 801 *et seq.*, and is, therefore, subject to forfeiture to the United States pursuant to 2 1 U.S.C. 588 I (a)(7).

That on November 21, 2007, the parties to this action filed a Stipulation for Compromise Settlement setting forth the terms of an agreement to resolve this case. Pursuant to the terms of that agreement, the parties have agreed to the forfeiture of ONE HUNDRED SIXTY THOUSAND DOLLARS ($160,000.00) to be forfeited to the United States of America in lieu of the interests of both Claimants in the Defendant Property.

That on November 26, 2007, the Court issued an order approving the Stipulation for Compromise Settlement.

It appearing that process was fully issued in this action and returned according to law;

That on December 10, 2001, Harold von Hofe was personally served by the United States Marshals Service with copies of the verified Complaint of Forfeiture along with the Motion for Writ of Entry; and

That on December 10, 2001, Kathleen von Hofe was personally served by the United States Marshals Service with copies of the verified Complaint of Forfeiture along with the Motion for Writ of Entry; and

That on December 12, 2001, December 19, 2001 and December 26, 2001 notice of this action was published in the *New Haven Register* newspaper;

Now, therefore, on motion of the Plaintiff, United States of America, for an Amended Decree of Forfeiture, it is hereby

ORDERED, ADJUDGED AND DECREED that the $160,000.00 paid by the CLAIMANTS pursuant to the Stipulation for Compromise Settlement be forfeited to the United States of America and disposed of according to law.

IT IS SO ORDERED.


/s/    Mark R. Kravitz
Mark R. Kravitz
United States District Judge


**Dated at New Haven, Connecticut: November 26, 2007.**